In re    <u>HSR General Engineering Contractors Inc</u>       Case No. <u>              </u>

                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1283<br><br>A. Teichert & Sons Inc<br>PO Box 13557<br>Sacramento, CA 95853 | | | | | X | | 29,054.95 |
| ACCOUNT NO.   0573<br><br>AAA Fence Co Inc<br>2746 Scott Blvd.<br>Santa Clara, CA 95050 | | | | | X | | 3,093.10 |
| ACCOUNT NO.   0765<br><br>ABSL Construction<br>29334 Pacific Street<br>Hyward, CA 94544 | | | | | X | | 5,725.00 |
| ACCOUNT NO.   0802<br><br>AC Curbs Inc<br>8940 Sheldon Road<br>Elk Grove, CA 95624 | | | | | X | | 2,882.00 |
| ACCOUNT NO.   1148<br><br>Acacia Erosion Control Inc.<br>604 S. San Marcos Road<br>Santa Barbara, CA 93111 | | | | | X | | 2,192.88 |

<u>31</u>   Continuation sheets attached

Subtotal  ▷   $             42,947.93

Total  ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __HSR General Engineering Contractors Inc_____    Case No. _____
Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1269 <br><br> Accent Clean & Sweep <br> 1172 South Main Street #167 <br> Salinas, CA 93901 | | | | | X | | 1,724.25 |
| ACCOUNT NO. 0919 <br><br> Action Sign Systems Inc <br> 1200 Industrial Rd #14 <br> San Carlos, CA 94070 | | | | | | | 178.62 |
| ACCOUNT NO. 0769 <br><br> Ahern Rentals <br> 4241 South Arville Street <br> Las Vegas, NV 89103 | | | | | | | 9,116.71 |
| ACCOUNT NO. 1082 <br><br> Alfonso Palomera | | | | | | | 950.00 |
| ACCOUNT NO. 1310 <br><br> All American Rentals <br> 8136 Enterprise Dr <br> Newark, CA 94560 | | | | | | | 295.00 |

Sheet no. _1_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    12,264.58

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                     Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0017 <br><br> Alliance Welding Supplies Inc. <br> PO BOx 24968 <br> Oakland, CA 94623 | | | | | | | 1,116.15 |
| ACCOUNT NO.    0019 <br><br> Allied Waste #915 <br> PO Box  78829 <br> Phoenix, AZ 85062 | | | | | | | 247.13 |
| ACCOUNT NO.    0028 <br><br> Aramark Uniform Services <br> PO Box 28383 <br> San Jose, CA 95159 | | | | | | | 709.19 |
| ACCOUNT NO.    0853 <br><br> Arborwell Inc <br> 2337 American Ave <br> Hayward, CA 94545 | | | | | X | | 2,000.00 |
| ACCOUNT NO.    0032 <br><br> Arrowhead Div Nestle Waters <br> PO BOx 856158 <br> Louisville, KY 40285 | | | | | X | | 136.08 |

Sheet no.  2 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $                     4,208.55

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc                    Case No. _____
_____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0343  <br><br>AT&T <br>Payment Center <br>Sacramento, CA 95887 | | | | | X | | 160.19 |
| ACCOUNT NO.  1192  <br><br>Atlas Tree Surgery Inc <br>1544 Ludwig Avenue <br>Santa Rosa, CA 95407 | | | | | | | 2,420.00 |
| ACCOUNT NO.  1260  <br><br>Baiba's Safety Service Inc <br>PO Box 2828 <br>Atascadero, CA 93423 | | | | | X | | 3,360.00 |
| ACCOUNT NO.  1108  <br><br>Bauman Landscape Construction <br>572 Ruger Street Suite A <br>San Francisco, CA 94129 | | | | | X | X | 67,738.73 |
| ACCOUNT NO.  0582  <br><br>Bayshore International <br>1505 North Fourth Street <br>San Jose, CA 95112 | | | | | X | | 2,831.42 |

Sheet no. _3_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 76,510.34

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                    Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1227 <br><br> Baystripe & Seal <br> PO Box 703 <br> Petaluma, CA 94953 | | | | | X | | 10,010.00 |
| ACCOUNT NO.   1240 <br><br> BFI Of California Inc <br> PO Box 41264 <br> Los Angeles, CA 90074 | | | | | X | | 5,873.28 |
| ACCOUNT NO.   0058 <br><br> Blossom Hill Printing Co <br> 4364 Hendrix Way <br> Covina, CA 91724 | | | | | X | | 2,104.52 |
| ACCOUNT NO.   1309 <br><br> Builder's Exchange <br> PO Box 58032 <br> Santa Clara, Ca 95052 | | W | | | | | 415.00 |
| ACCOUNT NO.   1051 <br><br> Cabral Enterprises <br> 27553 W Etcheverry Ct <br> Tracy, CA 95304 | | | | | X | | 6,000.00 |

Sheet no. _4_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $                    24,402.80

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    HSR General Engineering Contractors Inc                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1255 <br><br> California American Water <br> 511 Forest Lodge Road <br> PAcific Grove, CA 93950 | | | | | X | | 326.40 |
| ACCOUNT NO.    0922 <br><br> California Site Services Inc <br> PO Box 484 <br> Gilroy, CA 95021 | | | | | X | X | 7,933.00 |
| ACCOUNT NO.    1259 <br><br> Camblim Steeel Services Inc <br> 1655 El Camino Ave <br> Sacramento, CA 95815 | | | | | X | | 5,946.01 |
| ACCOUNT NO.    0799 <br><br> Central Fence Company <br> 1304 Whitten Ave <br> San Jose, CA 95116 | | | | | X | | 96,672.20 |
| ACCOUNT NO.    1105 <br><br> CF&T Concrete Pumping Inc <br> 1970 National Ave <br> Hayward, CA 94545 | | | | | X | | 1,114.05 |

Sheet no. 5 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                111,991.66

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>HSR General Engineering Contractors Inc</u>
                    Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0910<br><br>Chrisp Company<br>PO Box 1368<br>Fremont, CA 94538 | | | | | X | | 64,071.17 |
| ACCOUNT NO.   0890<br><br>Clean Sweep Services Inc<br>PO Box 906<br>Saratoga, CA 95071 | | | | | X | | 3,341.25 |
| ACCOUNT NO.   1001<br><br>CMC Rebar<br>2990 E. Annadale<br>Fresno, CA 93725 | | | | | X | | 5,175.60 |
| ACCOUNT NO.   1262<br><br>Collins Electrical Inc.<br>385 Reservation Road<br>Marina, CA 93933 | | | | | | | 1,880.55 |
| ACCOUNT NO.   1106<br><br>Confluence Restoration<br>1129 Walk Circle<br>Santa Cruz, CA 95060 | | | | | | | 9,933.09 |

Sheet no. <u>6</u> of <u>31</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $ 84,401.66

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                     Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0133 <br><br> Cook's Automotive <br> 140 North 4th Street <br> San Jose, CA 95112 | | | | | | | 5,750.56 |
| ACCOUNT NO.  1121 <br><br> Cooper Labs <br> 937 Commercial Street <br> Palo Alto, CA 94303 | | | | | | | 2,847.00 |
| ACCOUNT NO.  1200 <br><br> Copower <br> Dept. 33824 <br> PO Box 3900 <br> San Francisco, CA 94139 | | | | | | | 360.72 |
| ACCOUNT NO.  1009 <br><br> County Of Santa Cruz <br> 701 Ocean Street, Rm 410 <br> Santa Cruz, CA 95060 | | | | | | | 3,983.93 |
| ACCOUNT NO.  0139 <br><br> Cozard Trailer Sales LLC <br> 4907 Waterloo Road <br> Stockton, CA 95215 | | | | | | | 1,500.00 |

Sheet no. _7_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,442.21

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc
_____     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0140 <br><br> Cresco Equipment Rentals <br> 318 Stealth Court <br> Livermore, CA 94551 | | | | | | | 8,791.08 |
| ACCOUNT NO.   1138 <br><br> CSC of Gilroy <br> 6700 Brem Lane 8-9 <br> Gilroy, CA 95020 | | | | | | | 4,731.85 |
| ACCOUNT NO.   0148 <br><br> Delta CPM Inc <br> 1015 27th Street <br> Sacramento, CA 95816 | | | | | | | 1,750.00 |
| ACCOUNT NO.   0159 <br><br> DMV Renwal <br> PO Box 942894 <br> Sacramento, CA 94294 | | | | | X | | 921.00 |
| ACCOUNT NO.   1273 <br><br> DVBE Trucking & Construction <br> PO Box 721058 <br> San Jojse, CA 95172 | | | | | | | 3,808.89 |

Sheet no. __8__ of __31__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  20,002.82

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>HSR General Engineering Contractors Inc</u>                 Case No. _____
                     Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1110<br><br>EBI Aggregates<br>4330 Quail Run Lane<br>Danville, CA 94506 | | | | | X | | 110,251.07 |
| ACCOUNT NO.  0856<br><br>Economy Trucking Services Inc<br>PO Box 525<br>Campbell, CA 95008 | | | | | | | 63,210.75 |
| ACCOUNT NO.  0883<br><br>Eighteen Trucking Inc<br>PO Box 881116<br>San Francisco, CA 94188 | | | | | | | 15,072.80 |
| ACCOUNT NO.  1258<br><br>Express Conrete Bkng & Ctng<br>PO Box 103<br>San Martin, CA95046 | | | | | | | 1,062.50 |
| ACCOUNT NO.  0189<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 | | | | | | | 164.32 |

Sheet no. _9_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                         Subtotal ➢ $      189,761.44

                                            Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                                    Case No. _____
              Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0197 <br> Franchise Tax Board <br> PO Box 942867 <br> Sacramento, CA 94267 | | | | | | | 800.00 |
| ACCOUNT NO.   1063 <br> Gagliasso Trucking Inc <br> PO Box 4404 <br> Santa Clara, CA 95054 | | | | | | | 7,633.00 |
| ACCOUNT NO.   1045 <br> Get The Signal <br> 1366 Via De Los Reyes <br> San Jose, CA 95120 | | | | | | | 5,000.00 |
| ACCOUNT NO.   0907 <br> Giacalone Electrical Services <br> 6300 Monterey Street <br> Gilroy, CA 95020 | | | | | | X | 62,231.58 |
| ACCOUNT NO.   0212 <br> GMAC Payment Processing Center <br> PO Box 9001948 <br> Louisville, CA 40290 | | | | | | | 511.04 |

Sheet no. 10 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                  76,175.62

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                              Case No. _____
                          Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0216<br><br>Granite Construction Co<br>PO Box 60000<br>San Francisco, CA 94160 | | | | X | X | X | 175,070.21 |
| ACCOUNT NO.    0908<br><br>Granite Construction Freeman<br>PO Box 60000<br>San Francisco, CA 94160 | | | | X | X | X | 1,220.65 |
| ACCOUNT NO.    0931<br><br>Green Vista Landscape<br>7351 Galilee Rd. Suite 190<br>Roseville, CA 95678 | | | | | X | | 89,966.94 |
| ACCOUNT NO.    1174<br><br>Harris Blade Rental<br>PO Box 2066<br>Livermore, CA 94551 | | | | | | | 4,290.00 |
| ACCOUNT NO.    0972<br><br>Harris Salinas Rebar Inc<br>355 South Vasco Rd<br>Livermore, CA 94550 | | | | | | | 2,481.75 |

Sheet no.  11  of  31  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          273,029.55

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                          Case No. _____
         _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0229<br><br>Hasler Inc<br>PO Box3808<br>Milford, CT 06460 | | | | | | | 241.32 |
| ACCOUNT NO.    0231<br><br>Hayward Water System<br>PO Box 515147<br>Los Angeles, CA 90051 | | | | | | | 1,364.36 |
| ACCOUNT NO.    0848<br><br>HCSS Heavy Const Sytems Spec<br>6200 Savoy, Suite 1100<br>Houston, TX 77036 | | | | | | | 900.00 |
| ACCOUNT NO.    1150<br><br>HT Harvey & Associates<br>983 University Avenue Bldg D<br>Los Gatos, CA 95032 | | | | | | | 2,815.63 |
| ACCOUNT NO.    0250<br><br>Inland Industrial Tire Inc<br>30900 San Antonio Street<br>Hayward, CA 94544 | | | | | | | 241.32 |

Sheet no. 12 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          5,562.63

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __HSR General Engineering Contractors Inc_____     Case No. _____
                              Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1274 Interstate Traffic Contol 1700 Industrial Road San Carlos, CA 94070 | | | | | | | 28.41 |
| ACCOUNT NO. 1263 Jeffrey Concrete Inc 537 Anthony Street Monterey, CA 93940 | | | | | | | 560.00 |
| ACCOUNT NO. 1217 JJR Construction Inc 1120 Ninth Avenue San Mateo, CA 94402 | | | | | | | 48,521.10 |
| ACCOUNT NO. 1280 Johnson Concrete Sawing 9833 Kent Street Elk Grove, CA 95624 | | | | | | | 420.00 |
| ACCOUNT NO. Keith Dorsa 1345 Vander Way San Jose, CA 95112 | | | | | | | 132,993.00 |

Sheet no. _13_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $ | 182,522.51

Total ▸ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  HSR General Engineering Contractors Inc
_____
          Debtor

Case No. _____
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1095<br><br>L&S Trucking Inc<br>16525 Worthley Dr<br>San Lorenzo, CA 94580 | | | | | | | 61,418.50 |
| ACCOUNT NO.  0282<br><br>Laborers Trust Funds<br>PO Box 882913<br>San Francisco, CA94188 | | | | | | X | 42,953.58 |
| ACCOUNT NO.  0993<br><br>Lampson Tractor & Equip<br>1233 Norht Fifth Street<br>San Jose, CA 95112 | | | | | | | 1,717.78 |
| ACCOUNT NO.  0981<br><br>Landavazo Bros. Inc<br>29280 Pacific Street<br>Hayward, CA 94544 | | | | | | | 1,225.00 |
| ACCOUNT NO.  1117<br><br>Las Animas Concrete<br>146 Encinal Street<br>Santa Cruz, CA 95061 | | | | | | | 22,974.50 |

Sheet no. 14 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 130,289.36

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc   _____     Case No. _____
                            Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1272<br>Legacy Sanitation Inc<br>3730 Basssett St #B<br>Santa Clara, CA 95054 | | | | | | | 272.64 |
| ACCOUNT NO.    1135<br>Little Mac Concrete Pumping<br>1970 NationalAve<br>Hayward, CA 94545 | | | | | | | 1,567.02 |
| ACCOUNT NO.    1184<br>M&M Commercial Tires<br>PO Box 1103<br>San Martin, CA 95046 | | | | | | | 4,936.34 |
| ACCOUNT NO.    0990<br>MAG Trucking<br>3500 Enterprise Ave<br>Hayward, CA 94545 | | | | | | | 6,768.00 |
| ACCOUNT NO.    0303<br>McGraw Hill Construction<br>PO Box 74999<br>Clevland, OH 44194 | | | | | | | 609.07 |

Sheet no.  15  of  31  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 14,153.07

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

in re    HSR General Engineering Contractors Inc
                                Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0304 <br><br> McLellan Industries Inc <br> 13221 Crown Avenue <br> Hanford, CA 93230 | | | | | | | 1,328.36 |
| ACCOUNT NO. <br><br> Michael Dorsa <br> 1345 Vander Way <br> San Jose, CA 95112 | | | | | | | 30,000.00 |
| ACCOUNT NO.    0301 <br><br> Midstate Barrier Inc <br> PO Box 30550 <br> Stockton, CA 95213 | | | | | | | 31,237.80 |
| ACCOUNT NO.    0322 <br><br> Mobile Modular Management Corp <br> PO Box 45043 <br> San Francisco, CA 94145 | | | | | | | 2,602.88 |
| ACCOUNT NO.    1036 <br><br> Modspace <br> 21201 Cabot Blvd <br> Hayward, CA 94545 | | | | | | | 5,177.23 |

Sheet no.  16  of  31  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          70,346.27

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   HSR General Engineering Contractors Inc          Case No. _____
_____
                    Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1178 | | | | | | | 4,585.85 |
| Ndynamics PO Box 20610 San Jose, CA 95160 | | | | | | | |
| ACCOUNT NO.   0875 | | | | | | | 16,211.76 |
| No. Calif. Carpenters Funds PO Box 39000 San Francisco, CA 94139 | | | | | | | |
| ACCOUNT NO.   1241 | | | | | | | 1,549.58 |
| Nor-Cal Moving Services 560 Trimble Rd San Jose, CA 95131 | | | | | | | |
| ACCOUNT NO.   0968 | | | | | | | 1,171.50 |
| North Star Engineering Group 909 14th Steet Modesto, CA 95354 | | | | | | | |
| ACCOUNT NO.   0761 | | | | | | | 9,359.40 |
| Olympian PO Box 049000 Auburn, CA 95604 | | | | | | | |

Sheet no. 17 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            32,878.09

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc                    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0338<br><br>Operating Engineers Trust Fund<br>PO Box 3157<br>Hayward, CA 94540, CA 94540 | | | | | | | 83,019.37 |
| ACCOUNT NO.   0349<br><br>Oppenheimer 401K Fund | | | | | | | 22,341.58 |
| ACCOUNT NO.   0678<br><br>Pacific Rim Building Services<br>509 E. Santa Clra St. Suite C<br>San Jose, CA 95112 | | | | | | | 590.00 |
| ACCOUNT NO.   1069<br><br>Pacific Truck Parts Inc<br>1103 Abbott Street<br>Salinas, CA 93901 | | | | | | | 2,478.39 |
| ACCOUNT NO.   1115<br><br>Paez Paiting & Decorating<br>PO Box 1812<br>Gilroy, CA 95021 | | | | | | | 4,890.00 |

Sheet no.  18  of  31  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $                113,319.34

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc                          Case No. _____
_____
                    Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1159 <br><br> Pankey's Radiator Shop <br> 21805 Foothill Blvd <br> Hayward, CA 94541 | | | | | | | -275.00 |
| ACCOUNT NO.   1243 <br><br> Patrick J. Brassill <br> 2021 Booksin Ave <br> San Jose, CA 95125 | | | | | | | 37,400.00 |
| ACCOUNT NO.   0553 <br><br> Pencomp Inc <br> 872 Dubuque Ave <br> So San Francisco, CA 94080 | | | | | | | 3,150.00 |
| ACCOUNT NO.   0353 <br><br> Penhall Company <br> PO Box 4609 <br> Anaheim, CA 92803 | | | | | | | 2,873.24 |
| ACCOUNT NO.   0595 <br><br> Peninsula Digitial Imaging <br> 599 Fairchild Drive <br> Mountain View, CA 94043 | | | | | | | 134.53 |

Sheet no.  19 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    43,282.77

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   HSR General Engineering Contractors Inc                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0365<br><br>Powerscreen of N. Callif Inc<br>10 Case Court<br>American Canyon, CA 94589 | | | | | | | 28,562.96 |
| ACCOUNT NO.   1186<br><br>Primax Shoring Inc<br>27431 Highway 33<br>Newman, CA 95360 | | | | | | | 15,036.52 |
| ACCOUNT NO.   1186<br><br>Pro One Tire<br>239 Commercial Ave<br>Sunnyvale, CA 94085 | | | | | | | 1,336.31 |
| ACCOUNT NO.   1308<br><br>Quality Scales Unlimited<br>5401 Bryant Hot Spring Rd<br>Byron, CA 95112 | | | | | | | 4,731.25 |
| ACCOUNT NO.   0985<br><br>Rabbit Office Automation<br>904 Weddell Court<br>Sunnyvale, CA 94089 | | | | | | | 369.68 |

Sheet no. 20 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $        50,036.72

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>HSR General Engineering Contractors Inc</u>
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0373 <br><br> Rain For Rent <br> File 52541 <br> Los Angeles, CA 90074-2541 | | | | | | | 25,503.14 |
| ACCOUNT NO. 1128 <br><br> Retaining Walls Company <br> 1525 Grand Ave <br> San Marcos, CA 92078 | | | | | | | 3,963.13 |
| ACCOUNT NO. 0627 <br><br> Riley's Striping Inc <br> PO Box 769 <br> Union City, CA 94587 | | | | | | | 5,365.93 |
| ACCOUNT NO. 0916 <br><br> RM Harris Co Inc <br> 1000 Howe Road, Suite 200 <br> Martinez, CA 94553 | | | | | | | 161,557.59 |
| ACCOUNT NO. 0384 <br><br> RMT Lanscape Contractors Inc <br> 7699 Edgewater Drive <br> Oakland, CA 94621 | | | | | | | 43,931.00 |

Sheet no. <u>21</u> of <u>31</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 240,320.79

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>HSR General Engineering Contractors Inc</u>          Case No. <u>                 </u>

                         Debtor                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1122<br><br>Ron's Trucking<br>4321 Raymond Rd<br>Livermore, CA 94550 | | | | | X | X | 26,536.25 |
| ACCOUNT NO.  1074<br><br>RR Maher Construction Co Inc<br>1324 Lemon Street<br>Vallego, CA 94590 | | | | X | X | X | 102,118.66 |
| ACCOUNT NO.  0949<br><br>S&S Fence Co<br>7448 Reese Rd<br>Sacramento, CA 95828 | | | | | | | 9,727.00 |
| ACCOUNT NO.  0400<br><br>San Jose Blue<br>PO Box 28503<br>San Jose, CA 95159 | | | | | | | 425.05 |
| ACCOUNT NO.  0404<br><br>San Jose Water Co<br>PO Box 229<br>San Jose, CA 95103 | | | | | | | 377.60 |

Sheet no. <u>22</u> of <u>31</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           139,184.56

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc
_____
                    Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1193 | | | | | | | 290.00 |
| Sandis Civil Engineers 3007 Douglas Blvd., Suite 105 Rosville, CA 95661 | | | | | | | |
| ACCOUNT NO.   1257 | | | | | | | 820.00 |
| Santana Paving and Grading 1805 Willa Way Santa Cruz, CA 95062 | | | | | | | |
| ACCOUNT NO.   1158 | | | | | | | 526.97 |
| Scott's Valley Water District #2 Civic Center Scott Valley, CA | | | | | | | |
| ACCOUNT NO.   1248 | | | | | | | 19,521.67 |
| SCQ Rents 12100 Stevens Canyon Road Cupertino, CA 95014 | | | | | | | |
| ACCOUNT NO.   0422 | | | | | | | 51,110.00 |
| Sierra Lumber & Fence 1711 Senter Road San Jose, CA 95112 | | | | | | | |

Sheet no. 23 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 72,268.64

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc
_____
                              Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1265 <br><br> Signet Testing Labs <br> 3121 Diablo Avenue <br> Hayward, CA 94545 | | | | | | | 2,507.00 |
| ACCOUNT NO.    1048 <br><br> Silicon Valley Law Group <br> 25 Metro Drive, Suite 600 <br> San Jose, CA 95110 | | | | | | | 1,441.00 |
| ACCOUNT NO. <br><br> Sobrato <br> The Sobrato Organization <br> 10600 N. DeAnza Blvd., Suite 200 <br> Cupertino, CA 95014 | | | | | | | 258,142.00 |
| ACCOUNT NO.    1261 <br><br> Sonomarin Landscape materials <br> 2500 Petaluma Blvd <br> Petaluma, CA 94952 | | | | | | | 2,122.78 |
| ACCOUNT NO.    0886 <br><br> Speakeasy <br> PO Box 34654 <br> Seattle, WA 98124 | | | | | | | 763.09 |

Sheet no.  24 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $        264,975.87

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc
                                    Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0435 | | | | | | | 2,565.77 |
| Specialty Truck Parts PO Box 871 1605 Industrial Aveue San Jose, CA 95106 | | | | | | | |
| ACCOUNT NO.    1020 | | | | | | | 13,882.03 |
| Spirit Roads Oils 16490 Vineyard Boulevard MOrgan Hill, CA 95037 | | | | | | | |
| ACCOUNT NO.    0327 | | | | | | | 2,048.99 |
| Sprint PO Box 4181 Carol Stream, IL 60197 | | | | | | | |
| ACCOUNT NO.    1219 | | | | | | | 11,224.85 |
| St. Francisc Electric PO BOX 2057 San Leandro, CA 94577 | | | | | | | |
| ACCOUNT NO.    1162 | | | | | | | 150.86 |
| Star Sanitation Services 820 Park Row #686 Salinas, CA 93901 | | | | | | | |

Sheet no. 25 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          29,872.50

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0441  State Compensation Ins. Fund  PO Box 7854  San Francisco, CA 94120 | | | | | | | 9,316.36 |
| ACCOUNT NO.  1271  Statewide Const. Sweeping  760 East Capitol Ave.  Milpitas, CA 95035 | | | | | | | 3,968.75 |
| ACCOUNT NO.  1041  Statewide Construction Sweep  681 Lenfest Rd  San Jjose, CA 95133 | | | | | | | 500.00 |
| ACCOUNT NO.  0953  Statewide Safety & Signs-Sub  PO Box 1440  Pismo Beach, CA 93448 | | | | | | | 17,294.32 |
| ACCOUNT NO.  0652  Strouss Brothers Construction  1810 Almaden Road  San Jose, CA 95125 | | | | | | | 14,992.25 |

Sheet no. 26 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  46,071.68

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc                     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0686 <br><br> Sunstate Equipment Co. <br> PO Box 52581 <br> Phoenix, AZ 85072 | | | | | | | 1,018.35 |
| ACCOUNT NO.   0684 <br><br> Sweeney Mason Wilson <br> 983 University Ave, Ste 104C <br> Los Gatos, CA 95032 | | | | | | | 48,443.48 |
| ACCOUNT NO.   0835 <br><br> Tax Collector <br> County Of Santa Clara <br> 70 W Hedding St. East Wing <br> San Jose, CA 95110 | | | | | | | 28,461.83 |
| ACCOUNT NO.   1112 <br><br> TDN Electric <br> 344 Weddell Drive <br> Sunnyvale, CA 94089 | | | | | | | 2,135.00 |
| ACCOUNT NO.   1139 <br><br> The Professional Tree Care <br> PO Box 2377 <br> Berkeley, CA 94702 | | | | | | | 11,980.00 |

Sheet no. 27 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 92,038.66

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc
_____
                Debtor

Case No. _____
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1037<br><br>The Sobrato Organization<br>10600 N. De Anza Blvd, Suite 200<br>Cupertino, CA 95014 | | | | | | | 50,000.00 |
| ACCOUNT NO.   0895<br><br>Tri American Inc<br>980 Ames Avenue<br>Milpitas, CA 95035 | | | | | | | 547.48 |
| ACCOUNT NO.   0899<br><br>Tri County Transport<br>PO Box 1265<br>Gilroy, CA 95021 | | | | | | | 40,957.25 |
| ACCOUNT NO.   0486<br><br>United Rentals Northwest Inc<br>450 Glass Suite C<br>Modesto, CA 95356 | | | | | | | 65,831.21 |
| ACCOUNT NO.   0010<br><br>United Site Services Inc<br>3408 Hillcap Ave<br>San Jose, CA 95136 | | | | | | | 2,979.44 |

Sheet no. 28 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     160,315.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0491<br><br>US Bank<br>PO Box 790408<br>Saint LOuis, MO 63179 | | | | | | | 15,949.04 |
| ACCOUNT NO.    0493<br><br>US Healthworks Medical Group<br>PO Box 50042<br>Los Angeles, CA 90074 | | | | | | | 124.00 |
| ACCOUNT NO.    1281<br><br>USA Trucking<br>5186 WB Goodman Lane<br>Fairfield, CA 94533 | | | | | | | 6,772.50 |
| ACCOUNT NO.    1216<br><br>Vander LLC<br>20385 Iron Springs Road<br>Los Gatos, CA 95033 | | | | | | | 13,298.00 |
| ACCOUNT NO.    0541<br><br>Vanguard Construction<br>651 Enterprise Court<br>Livermore, CA 94550 | | | | | | | 7,312.30 |

Sheet no. 29 of 31 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                    43,455.84

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    HSR General Engineering Contractors Inc                          Case No. _____
                         Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1109<br><br>W. Bradley Electric<br>90 Hill Road<br>Novato, CA 94945 | | | | | | | 23,926.99 |
| ACCOUNT NO.    1146<br><br>Water Components<br>PO Box 10007<br>San Rafael, CA 94912 | | | | | | | 198.33 |
| ACCOUNT NO.    0512<br><br>West Coast Aggregates Inc<br>PO Box 1061<br>Tracy, CA 95376 | | | | | | | 2,105.03 |
| ACCOUNT NO.    0518<br><br>West Tek Supply Inc<br>1335 N. 10th Steet<br>San Jose, CA 95112 | | | | | | | 1,786.99 |
| ACCOUNT NO.    0513<br><br>Western States Oil Co<br>1790 South Tentth Street<br>San Jose, CA 95112 | | | | | | | 2,171.53 |

Sheet no. _30_ of _31_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >    $    30,188.87

Total    >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   HSR General Engineering Contractors Inc
_____
                        Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0522 | | | | | | | 40,777.78 |
| White Cap Const. Supply PO Box 39000 San Francisco, CA 94139 | | | | | | | |
| ACCOUNT NO.   1137 | | | | | | | 4,000.00 |
| Wolf Environmental Lining Syst 1387 Running Gold Road Sutter Creek, CA 95685 | | | | | | | |
| ACCOUNT NO.   0529 | | | | | | | 174.59 |
| Zapp-A-Form Printing Inc 353-E East 10th Street PMB-511 Gilroy, CA 95020 | | | | | | | |

Sheet no. <u>31</u> of <u>31</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ | 44,952.37

Total ➤  $ | 2,736,175.08

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)