B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Northern District of California
San Jose Division

In re HSR General Engineering Contractors Inc, Case No. _____

Debtor

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sobrato<br>The Sobrato Organization<br>10600 N. DeAnza Blvd., Suite 200<br>Cupertino, CA 95014 | | | | $258,142.00 |
| Granite Construction Co<br>PO Box 60000<br>San Francisco, CA 94160 | | | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $175,070.21 |
| RM Harris Co Inc<br>1000 Howe Road, Suite 200<br>Martinez, CA 94553 | | | | $161,557.59 |
| Keith Dorsa<br>1345 Vander Way<br>San Jose, CA 95112 | | | | $132,993.00 |
| EBI Aggregates<br>4330 Quail Run Lane<br>Danville, CA 94506 | | | UNLIQUIDATED | $110,251.07 |
| RR Maher Construction Co Inc<br>1324 Lemon Street<br>Vallego, CA 94590 | | | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $102,118.66 |

B4 (Official Form 4) (12/07)4 -Cont.

In re HSR General Engineering Contractors Inc , Case No. _____

Debtor

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Central Fence Company<br>1304 Whitten Ave<br>San Jose, CA 95116 | | | UNLIQUIDATED | $96,672.20 |
| Green Vista Landscape<br>7351 Galilee Rd. Suite 190<br>Roseville, CA 95678 | | | UNLIQUIDATED | $89,966.94 |
| Operating Engineers Trust Fund<br>PO Box 3157<br>Hayward, CA 94540, CA 94540 | | | | $83,019.37 |
| Bauman Landscape Construction<br>572 Ruger Street Suite A<br>San Francisco, CA 94129 | | | UNLIQUIDATED<br>DISPUTED | $67,738.73 |
| United Rentals Northwest Inc<br>450 Glass Suite C<br>Modesto, CA 95356 | | | | $65,831.21 |
| Chrisp Company<br>PO Box 1368<br>Fremont, CA 94538 | | | UNLIQUIDATED | $64,071.17 |

In re **HSR General Engineering Contractors Inc** , Case No. _____
                      Debtor                                    Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Economy Trucking Services Inc<br>PO Box 525<br>Campbell, CA 95008 | | | | $63,210.75 |
| Giacalone Electrical Services<br>6300 Monterey Street<br>Gilroy, CA 95020 | | | UNLIQUIDATED | $62,231.58 |
| L&S Trucking Inc<br>16525 Worthley Dr<br>San Lorenzo, CA 94580 | | | | $61,418.50 |
| Sierra Lumber & Fence<br>1711 Senter Road<br>San Jose, CA 95112 | | | | $51,110.00 |
| The Sobrato Organization<br>10600 N. De Anza Blvd, Suite 200<br>Cupertino, CA 95014 | | | | $50,000.00 |
| JJR Construction Inc<br>1120 Ninth Avenue<br>San Mateo, CA 94402 | | | | $48,521.10 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  HSR General Engineering Contractors Inc               , Case No. _____
                                    Debtor                     Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sweeney Mason Wilson<br>983 University Ave, Ste 104C<br>Los Gatos, CA 95032 | | | | $48,443.48 |
| RMT Lanscape Contractors Inc<br>7699 Edgewater Drive<br>Oakland, CA 94621 | | | | $43,931.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Keith Dorsa, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 8/23/2010                    Signature: /s/ Keith Dorsa

                                   **Keith Dorsa ,President**
                                   (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.