UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: **HSR General Engineering Contractors Inc**
Debtor

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **19** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 8/23/2010

Signed: /s/ Keith Dorsa
Keith Dorsa

Signed: Scott G. Goodsell
Scott L. Goodsell, Esq.
Attorney for Debtor(s)
Bar no.: 122223
Campeau Goodsell Smith
440 N. 1st Street, Suite 100
Telephone No.: 408-295-9555
Fax No.: 408-295-6606
E-mail address: sgoodsell@campeaulaw.com