Form NMD11

# UNITED STATES BANKRUPTCY COURT
## *for the*
## Northern District of California

| In re Debtor(s): <br><br> HSR General Engineering Contractors Inc. <br> aka  HSR, Inc. | Case No.: 10–58737 CN 11 <br> Chapter: 11 |
|---|---|

### ORDER AND NOTICE RE: FAILURE OF THE DEBTOR(S) TO FILE SCHEDULES, STATEMENTS, OTHER REQUIRED DOCUMENTS OR PAY FILING FEES CHAPTER 11 DEBTOR

According to the court's records, at the time of filing the Chapter 11 petition of the United States Bankruptcy Code on 8/23/10, it appears that the above–named debtor(s) did not file the required documents or pay the applicable filing fee as indicated below:

☐ Filing Fee of $1039.00

☐ Voluntary Petition

☐ List of Creditors Holding 20 Largest Unsecured Claims

☒ Summary of Schedules with signed declaration

☒ Schedules A–J **(Schedules C, I and J are not needed if the debtor is a corporation)**

☒ Statement of Financial Affairs

☒ Exhibit A, if debtor is a corporation

☒ List of Equity Security Holders, if debtor is a corporation

☒ Creditor Matrix Mailing List and Cover Sheet

☐ Statement of Social Security Number **(if individual)**

☐ Application to Pay Installments **(if individual)**

☐ Application and Order for the Designation of a Responsible Individual **(if corporation or partnership)**

☒ Attorney Disclosure Statement

☐ Other:

IT IS ORDERED that the debtor(s) file the documents or pay the filing fee as indicated above within 14 days of the date of filing of the petition for relief or an Order to Show Cause hearing will be scheduled.

Dated: 8/25/10

By the Court:

Charles Novack
United States Bankruptcy Judge