CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY #146158
440 North 1st Street, Suite 100
San Jose, CA 95112
TEL. (408) 295-9555
FAX. (408)295-6606

Case Name: In re: HSR GENERAL ENGINEERING CONTRACTORS INC
Case No.:10-58737

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On <u>August 25, 2010</u> I served a copy of:

**1. NOTICE OF EMERGENCY MOTION FOR USE OF CASH COLLATERAL;**
**2. EMERGENCY MOTION FOR USE OF CASH COLLATERAL**;
**3. DECLARATION OF KEITH DORSA RE: EMERGENCY MOTION FOR USE OF CASH COLLATERAL**; and
**4. CERTIFICATE OF SERVICE**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

See attached Service List

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on <u>August 25, 2010</u>, at San Jose, California.

                                            /s/ William J. Healy
                                            William J. Healy

**Court Service List**

| | |
|---|---|
| **United States Trustee**<br>Office of the U.S. Trustee<br>San Francisco Divisional Office<br>235 Pine Street, Suite 700<br>San Francisco, California 94104-3401 | **VIA ECF** |
| **Debtor's Counsel**<br>Scott L. Goodsell, Esq.<br>CAMPEAU GOODSELL SMITH, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, California   95112 | **VIA ECF** |
| **Debtor**<br>Keith Dorsa<br>HSR, Inc.<br>1345 Vander Way<br>San Jose, CA 95112 | **VIA Overnight Mail** |
| **Secured Creditor**<br>**Caterpillar Financial Services Corp**<br>**21120 W. End Ave.**<br>**Nashville, TN 37203-5251** | **VIA Overnight Mail** |
| **Secured Creditor**<br>**Heritage Bank of Commerce**<br>**18625 Sutter Blvd. Ste. 100**<br>**Morgan Hill, CA 95037-2863** | **VIA Overnight Mail** |
| **Secured Creditor**<br>**Heritage Bank-SBA**<br>**Heritage Bank of Commerce**<br>**150 Almaden Blvd.**<br>**San Jose, CA 95113** | **VIA Overnight Mail** |
| **Secured Creditor**<br>**Safeco Insurance Companies**<br>**4333 Brooklyn Ave NE**<br>**Seattle, WA 98105-1016** | **VIA Overnight Mail** |

| | |
|---|---|
| **Secured Creditor**<br>**The CIT Group**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA Overnight Mail** |
| **Secured Creditor**<br>**Wells Fargo Equipment Finance**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA Overnight Mail** |
| **Secured Creditor**<br>**The CIT Group**<br>**PO Box 27248**<br>**Tempe, AZ 85285-7248** | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br> **Sobrato**<br>**The Sobrato Organization**<br>**10600 N. DeAnza Blvd., Suite 200**<br>**Cupertino, CA 95014** | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**Granite Construction Co**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br> **RM Harris Co Inc**<br>**1000 Howe Road, Suite 200**<br>**Martinez, CA 94553** | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br> **Keith Dorsa**<br>**1345 Vander Way**<br>**San Jose, CA 95112** | **VIA Overnight Mail** |

| | |
|---|---|
| **20 LARGEST UNSECURED CLAIMS**<br>EBI Aggregates<br>4330 Quail Run Lane<br>Danville, CA 94506 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>RR Maher Construction Co Inc<br>1324 Lemon Street<br>Vallego, CA 94590 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Central Fence Company<br>1304 Whitten Ave<br>San Jose, CA 95116 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Green Vista Landscape<br>7351 Galilee Rd. Suite 190<br>Roseville, CA 95678 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Operating Engineers Trust Fund<br>PO Box 3157<br>Hayward, CA 94540, CA 94540 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Bauman Landscape Construction<br>572 Ruger Street Suite A<br>San Francisco, CA 94129 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>United Rentals Northwest Inc<br>450 Glass Suite C<br>Modesto, CA 95356 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Chrisp Company<br>PO Box 1368<br>Fremont, CA 94538 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Economy Trucking Services Inc<br>PO Box 525<br>Campbell, CA 95008 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Giacalone Electrical Services<br>6300 Monterey Street<br>Gilroy, CA 95020 | **VIA Overnight Mail** |

| | |
|---|---|
| **20 LARGEST UNSECURED CLAIMS**<br>L&S Trucking Inc<br>16525 Worthley Dr<br>San Lorenzo, CA 94580 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Sierra Lumber & Fence<br>1711 Senter Road<br>San Jose, CA 95112 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>The Sobrato Organization<br>10600 N. De Anza Blvd, Suite 200<br>Cupertino, CA 95014 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>JJR Construction Inc<br>1120 Ninth Avenue<br>San Mateo, CA 94402 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Sweeney Mason Wilson<br>983 University Ave, Ste 104C<br>Los Gatos, CA 95032 | **VIA Overnight Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>RMT Lanscape Contractors Inc<br>7699 Edgewater Drive<br>Oakland, CA 94621 | **VIA Overnight Mail** |