The following constitutes
the order of the court. Signed September 01, 2010

_____
**Charles Novack**
**U.S. Bankruptcy Judge**
_____

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 10-58737
 )
HSR GENERAL ENGINEERING ) CHAPTER 11
CONTRACTORS INC, )
 ) **ORDER AUTHORIZING EMERGENCY**
 Debtor. ) **USE OF CASH COLLATERAL**
 )
 ) **Date:** August 27, 2010
 ) **Time:** 3:00 p.m.
 ) **Location:**
 )   United States Bankruptcy Court
 )   280 S. First St.
 )   San Jose, CA 95113
 )

The emergency motion of HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") for interim and final orders, pursuant to Bankruptcy Code Sections 361 and 363 and Federal Rule of Bankruptcy Procedure 4001(b), authorizing the Debtor to use cash collateral in which Heritage Bank of Commerce ("Heritage"); Safeco Insurance Companies ("Safeco")[1] (collectively, "Secured Creditors") assert a security interest, and to grant post-petition liens to the Secured Creditors as adequate protection (the "Motion") came before this court for hearing as indicated above. Appearance were as noted on the record. The court, having found good cause, does hereby:

ORDER, ADJUDGE, and DECREE that:

---

[1] Various other creditors have security interests in Debtor's equipment or have filed/recorded preliminary lien notices.

1. The Debtor is authorized to use cash collateral in the amount of $90,920.00 through September 3, 2010 in accordance with the First Month Cash Flow Projection, less the $10,000 fuel expense;

2. The Motion is continued to September 3, 2010 at 2:00 p.m. Debtor to give additional notice of the continued hearing to Safeco, the 20 largest creditors, and any additional parties who have requested special notice; and

3. Debtor to file a declaration by September 1, 2010 providing the secured creditors with a valuation of collateral, explanation of how they are valuing such collateral, additional information regarding receivables relating to Safeco, provide cash amount in bank as of August 27, 2010, and a forecast of account receivables.

*** End of Order***

| | | |
|---|---|---|
| 1 | **Court Service List** | |
| 2 | **United States Trustee**<br>Office of the U.S. Trustee<br>San Francisco Divisional Office<br>235 Pine Street, Suite 700<br>San Francisco, California 94104-3401 | **VIA ECF** |
| 3 | **Debtor's Counsel**<br>Scott L. Goodsell, Esq.<br>CAMPEAU GOODSELL SMITH, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, California   95112 | **VIA ECF** |
| 4 | **Debtor**<br>Keith Dorsa<br>HSR, Inc.<br>1345 Vander Way<br>San Jose, CA 95112 | **VIA U.S. Mail** |
| 5 | **Secured Creditor**<br>**Caterpillar Financial Services Corp**<br>**21120 W. End Ave.**<br>**Nashville, TN 37203-5251** | **VIA U.S. Mail** |
| 6 | **Secured Creditor**<br>**Heritage Bank of Commerce**<br>**18625 Sutter Blvd. Ste. 100**<br>**Morgan Hill, CA 95037-2863** | **VIA U.S. Mail** |
| 7 | **Secured Creditor**<br>**Heritage Bank-SBA**<br>**Heritage Bank of Commerce**<br>**150 Almaden Blvd.**<br>**San Jose, CA 95113** | **VIA U.S. Mail** |

| | |
|---|---|
| **Secured Creditor**<br>**Safeco Insurance Companies**<br>**4333 Brooklyn Ave NE**<br>**Seattle, WA 98105-1016** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**The CIT Group**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**Wells Fargo Equipment Finance**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**The CIT Group**<br>**PO Box 27248**<br>**Tempe, AZ 85285-7248** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**Sobrato**<br>**The Sobrato Organization**<br>**10600 N. DeAnza Blvd., Suite 200**<br>**Cupertino, CA 95014** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**Granite Construction Co**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**RM Harris Co Inc**<br>**1000 Howe Road, Suite 200**<br>**Martinez, CA 94553** | **VIA U.S. Mail** |

| 20 LARGEST UNSECURED CLAIMS<br>Keith Dorsa<br>1345 Vander Way<br>San Jose, CA 95112 | **VIA U.S. Mail** |
|---|---|
| 20 LARGEST UNSECURED CLAIMS<br>EBI Aggregates<br>4330 Quail Run Lane<br>Danville, CA 94506 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>RR Maher Construction Co Inc<br>1324 Lemon Street<br>Vallego, CA 94590 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>Central Fence Company<br>1304 Whitten Ave<br>San Jose, CA 95116 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>Green Vista Landscape<br>7351 Galilee Rd. Suite 190<br>Roseville, CA 95678 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>Operating Engineers Trust Fund<br>PO Box 3157<br>Hayward, CA 94540, CA 94540 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>Bauman Landscape Construction<br>572 Ruger Street Suite A<br>San Francisco, CA 94129 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>United Rentals Northwest Inc<br>450 Glass Suite C<br>Modesto, CA 95356 | **VIA U.S. Mail** |
| 20 LARGEST UNSECURED CLAIMS<br>Chrisp Company<br>PO Box 1368<br>Fremont, CA 94538 | **VIA U.S. Mail** |

| | |
|---|---|
| **20 LARGEST UNSECURED CLAIMS**<br>Economy Trucking Services Inc<br>PO Box 525<br>Campbell, CA 95008 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Giacalone Electrical Services<br>6300 Monterey Street<br>Gilroy, CA 95020 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>L&S Trucking Inc<br>16525 Worthley Dr<br>San Lorenzo, CA 94580 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Sierra Lumber & Fence<br>1711 Senter Road<br>San Jose, CA 95112 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>The Sobrato Organization<br>10600 N. De Anza Blvd, Suite 200<br>Cupertino, CA 95014 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>JJR Construction Inc<br>1120 Ninth Avenue<br>San Mateo, CA 94402 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>Sweeney Mason Wilson<br>983 University Ave, Ste 104C<br>Los Gatos, CA 95032 | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>RMT Lanscape Contractors Inc<br>7699 Edgewater Drive<br>Oakland, CA 94621 | **VIA U.S. Mail** |

**EMERGENCY MOTION FOR USE OF CASH COLLATERAL**