CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                          )     Case No. 10-58737
                                                                     )
HSR GENERAL ENGINEERING               )     CHAPTER 11
CONTRACTORS INC,                                  )
                                                                     )     **DISCLOSURE OF COMPENSATION**
                    Debtor.                                 )     **UNDER 11 U.S.C. 329 (a) and Bankruptcy**
                                                                     )     **Rule 2016 (b)**
                                                                     )
                                                                     )
                                                                     )
                                                                     )
                                                                     )
_____)

   The undersigned attorney declare as follows:

   1. The compensation paid or agreed to be paid for services rendered or to be render or for costs incurred or to be incurred by the law firm of Campeau Goodsell Smith in connection with the case, is ads follow: a pre-petition retainer of $25,000.00 was paid.

   2. The source of the retainer was HSR GENERAL ENGINEERING, INC. ("HSR" or "Debtor") as set forth in the **APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**.

   3. Neither the law firm of Campeau Goodsell Smith nor any of its employees has shared or agreed to share such compensation as set forth herein above with anyone except shareholders or regular employees of said law firm.

   I declare under penalty of perjury under the laws of the United States of America that

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329 (a) and Bankruptcy Rule 2016 (b)**

Case: 10-58737    Doc# 36    Filed: 09/28/10    Entered: 09/28/10 15:53:28    Page 1 of 2

the foregoing is true and correct and executed this 28th day of September in San Jose, California.

                                          <u>s/s William J. Healy</u>
                                               William J. Healy