CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

HSR GENERAL ENGINEERING CONTRACTORS INC,

          Debtor.

Case No. 10-58737

CHAPTER 11

**DEBTOR'S STATUS CONFERENCE STATEMENT**

Date: October 7, 2010
Time: 11:00 a.m.
Location:
   United States Bankruptcy Court
   280 S. First St.
   San Jose, CA 95113

COMES NOW, Debtor and Debtor-in-Possession HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") and submits the following status conference statement:

**I. Factual Background:**

HSR is a San Jose based general engineering contractor specializing in environmental and heavy civil construction. HSR is licensed by the State of California and has a hazardous supplemental certificate. The principal of the firm possess more than 25 years of heavy civil and environmental construction experience.

On August 23, 2010, Debtor commenced this Chapter 11 bankruptcy proceeding. Debtor sought bankruptcy protection because one of Debtor's surety issued stop notices on various projects thereby preventing Debtor from continuing with these projects, from receiving income on these

projects, and paying various suppliers, vendors, and subcontractors.

**II. Status of Bankruptcy:**

    **A. Schedules/Meeting of Creditors:** Debtor continues to work on completion of its schedules, primarily Scheduled B-Personal Property and Statement of Financial Affairs, and anticipates completion of its outstanding schedules shortly. Debtor has submitted to an initial Meeting of Creditors and a further meeting is scheduled for October 27, 2010. Debtor's Initial Debtor Interview was continued to October 6, 2010 based on an the anticipation that Debtor would complete its schedules by that date. At this time Debtor anticipates it will not be able to complete its outstanding schedules until early next week and will so advise the United States Trustee.

    **B. Cash Collateral:** The court has held several hearings regarding cash collateral and issued several related orders, Debtor has worked with its primary secured creditor Heritage Bank of Commerce ("Heritage") on cash collateral stipulations, both temporary and long term, and Debtor is waiting for Heritage to approve the cash collateral stipulation for expenditures through October 6, 2010 and thereafter. Heritage's counsel was unavailable from September 24, 2010 and October 5, 2010 (today). The continued cash collateral hearing is scheduled for Friday, October 8, 2010.

    **C. Motion To Employ/Sell:** Debtor has filed and calendared for November 5, 2010 a motion to sell, and to pay the selling broker, various equipment, specifically approximately fifty-one items, including backhoes, compaction equipment, demo equipment, bull dozers, excavators, forklifts, GPS equipment loaders, motor graders, paving machines, scrapers, saws, transport trailers, trucks, foreman's trucks, truck trailers, and water trucks and equipment ("Equipment").

    As Debtor has other equipment to continue operations, Debtor believes that a sale of the Equipment through Rick Albert Machinery is in the best interest of the Debtor, its estate, and its creditors and the most efficient and timely way to sell such Equipment and distribute the net proceeds to Debtor's secured creditor Heritage.

    Debtor had submitted a request to have employ Rick Albert Machinery and to have the motion to sell heard earlier than November 5, 2010, but has now noticed the hearing for November 5, 2010.

        **1. Sale Proceeds:** Debtor believes the only secured claims against the Equipment, or the proceeds of the Equipment, are held by Heritage, including a primary loan with a balance of

approximately $1,415,879.00 and a line of credit with a balance of approximately $273,075.00. Heritage has consented to Debtor's sale of the Equipment.

**D. Potential Change of Business Location:**

Debtor may, subject to the sale of the Equipment and other pending considerations, change its business location. In this regard, a change of location may significantly reduce Debtor's monthly rent/lease expense.

**E. Motion For Relief From Stay/Motion For Preliminary Injunction:** One of Debtor's sureties has filed a motion for relief from stay to be heard on October 6, 2010. This motion, while filed in the main case, will be heard in conjunction with Debtor's motion for preliminary injunction in an adversary proceeding by Debtor against the surety.

**III. Conclusion.**

Debtor respectfully submits that the court continue the status conference for thirty-sixty days as the course of this case may be impacted by the court's rulings in the matters currently pending before this court.

Dated: October 5, 2010            CAMPEAU GOODSELL SMITH
                                  /s/ William J. Healy
                                  William J. Healy
                                  Attorneys For Debtor