CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS INC,<br><br>Debtor. | Case No. 10-58737<br><br>CHAPTER 11<br><br>**STIPULATION FOR FURTHER INTERIM USE OF CASH COLLATERAL**<br><br>**Date:** September 20, 2010<br>**Time:** 2:00 p.m.<br>**Location:**<br>  United States Bankruptcy Court<br>  280 S. First St.<br>  San Jose, CA 95113 |

COMES NOW, HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") and HERITAGE BANK OF COMMERCE ("Heritage"), by and through respective counsel, and stipulate for further interim use of cash collateral as follows:

1. HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") may, for the period of September 17, 2010 through and including October 8, 2010, use an additional $238,980.00 and Heritage has a replacement lien on Debtor's cash collateral;

2. Debtor use of cash collateral is to be consistent with the Four Month Cash Flow Projection attached hereto as Exhibit A and made a part hereof; and

3. As ordered by the Court, Debtor's motion to use cash collateral is continued to October 8, 2010 at 10:00 a.m.

Dated: September 24, 2010

**CAMPEAU GOODSELL SMITH**
/s/ *William J. Healy*
William J. Healy
Attorney for Debtor

Dated: September 24, 2010

**ROBERTSON & LEWIS**
By: /s/ *Wm. Thomas Lewis, Esq.*
Wm. Thomas Lewis, Esq.
Attorneys for Heritage Bank of Commerce

# EXHIBIT A

HSR, Inc.
Four Month Cash Flow Projection
Prepared 9-17-10

|  | Balance of September | October | November | December |
|---|---|---|---|---|
| <u>Billings: (Sheet 3)</u> | $294,000 | $60,000 | $30,000 | $20,000 |
| **Expenditures:** | | | | |
| Operational Overheads | 69,800 | 24,400 | 21,400 | 16,400 |
| Direct Job Costs | 135,000 | 12,000 | 12,000 | 8,000 |
| Total Expenditures | $204,800 | $36,400 | $33,400 | $24,400 |
| **Agreed at 9/20 hearing** | **$204,800** | **$9,100** | | |
| | | | | |
| Debt Service | | | | |
| SBA Loan | 16,500 | 16,500 | 16,500 | 16,500 |
| LOC: | - | - | - | - |
| Principal | 5,000 | 5,000 | 5,000 | 5,000 |
| Interest | 3,500 | 3,500 | 3,500 | 3,500 |
| | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |
| **Agreed at 9/20 hearing** | **$ 25,000** | | | |
| | | | | |
| Monthly Surplus (deficit) | $64,200 | -$1,400 | -$28,400 | -$29,400 |
| | | | | |
| Cumulative | $64,200 | $62,800 | $34,400 | $5,000 |

Note Billings and expenditures are only on projects **NOT bonded by Libert Mutual**

HSR, Inc.
Operational Overhead Expenditures

|  | Balance of September | October | November | December |
|---|---|---|---|---|
| Wages | 20,000 | 10,000 | 10,000 | 10,000 |
| Payroll Taxes | 1,600 | 800 | 800 | 800 |
| 401k | 4,500 |  |  |  |
| Rent | 5,000 | 5,000 | 5,000 |  |
| Gen Liab Ins | 28,000 |  |  |  |
| Auto Leases | 800 | 2,200 | 1,300 | 1,300 |
| Office supplies | 400 | 400 | 200 | 200 |
| Fuel | 1,000 | 500 | 100 | 100 |
| Utilities | 3,000 | 3,000 | 2,000 | 2,000 |
| Telephone | 3,000 | 1,000 | 500 | 500 |
| Health Ins. | 2,500 | 1,500 | 1,500 | 1,500 |
|  | $69,800 | $24,400 | $21,400 | $16,400 |
|  |  |  |  |  |
| Debt Service |  |  |  |  |
| SBA Loan | 16,500 | 16,500 | 16,500 | 16,500 |
| LOC: |  |  |  |  |
|   Principal | 5,000 | 5,000 | 5,000 | 5,000 |
|   Interest | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 |
|  |  |  |  |  |
| Debt Service | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |

Job Sheets Summary

|  | September | October | November | December |
|---|---|---|---|---|
| **Billings** | | | | |
| Carmel | 14,000 | 5,000 | | |
| Line B | 180,000 | 20,000 | | |
| East Cliff | 40,000 | 5,000 | | |
| SCVWD | 60,000 | 30,000 | 30,000 | 20,000 |
| Cash Receipts | 294,000 | 60,000 | 30,000 | $20,000 |

|  | September | October | November | December |
|---|---|---|---|---|
| **Expenditures** | | | | |
| Carmel | 10,000 | | | |
| Line B | 100,000 | | | |
| East Cliff | 5,000 | | | |
| SCVWD | 20,000 | 12,000 | 12,000 | 8,000 |
| Expenditures | $135,000 | $12,000 | $12,000 | $8,000 |