CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

HSR GENERAL ENGINEERING CONTRACTORS INC,

Debtor.

Case No. 10-58737

CHAPTER 11

**ORDER APPROVING STIPULATION FOR FURTHER INTERIM USE OF CASH COLLATERAL**

**Date:** September 20, 2010
**Time:** 2:00 p.m.
**Location:**
United States Bankruptcy Court
280 S. First St.
San Jose, CA 95113

The court, having read and consider the Stipulation For Further Interim Use Of Case Collateral and having found good cause, does hereby approved the Stipulation For Further Interim Use Of Case Collateral and therefore,

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

1. The Stipulation For Further Interim Use Of Case Collateral is hereby approved;

2. HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") may, for the period of September 17, 2010 through and including October 8, 2010, use an additional $238,980.00 and Heritage has a replacement lien on Debtor's cash collateral; and

4. The Debtor's motion to use cash collateral is continued to October 8, 2010 at 10:00 a.m.

*** End of Order***

---

**ORDER APPROVING STIPULATION FOR FURTHER INTERIM USE OF CASH COLLATERAL**

## Court Service List

| | |
|---|---|
| **United States Trustee**<br>Office of the U.S. Trustee<br>San Francisco Divisional Office<br>235 Pine Street, Suite 700<br>San Francisco, California 94104-3401 | **VIA ECF** |
| **Debtor's Counsel**<br>Scott L. Goodsell, Esq.<br>CAMPEAU GOODSELL SMITH, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, California 95112 | **VIA ECF** |
| **Debtor**<br>Keith Dorsa<br>HSR, Inc.<br>1345 Vander Way<br>San Jose, CA 95112 | **VIA U.S. Mail** |
| **Secured Creditor**<br>**Caterpillar Financial Services Corp**<br>**21120 W. End Ave.**<br>**Nashville, TN 37203-5251** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**Heritage Bank of Commerce**<br>**18625 Sutter Blvd. Ste. 100**<br>**Morgan Hill, CA 95037-2863** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**Heritage Bank-SBA**<br>**Heritage Bank of Commerce**<br>**150 Almaden Blvd.**<br>**San Jose, CA 95113** | **VIA U.S. Mail** |

| | |
|---|---|
| **Secured Creditor**<br>**Safeco Insurance Companies**<br>**4333 Brooklyn Ave NE**<br>**Seattle, WA 98105-1016** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**The CIT Group**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**Wells Fargo Equipment Finance**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | **VIA U.S. Mail** |
| **Secured Creditor**<br>**The CIT Group**<br>**PO Box 27248**<br>**Tempe, AZ 85285-7248** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**Sobrato**<br>**The Sobrato Organization**<br>**10600 N. DeAnza Blvd., Suite 200**<br>**Cupertino, CA 95014** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**Granite Construction Co**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | **VIA U.S. Mail** |
| **20 LARGEST UNSECURED CLAIMS**<br>**RM Harris Co Inc**<br>**1000 Howe Road, Suite 200**<br>**Martinez, CA 94553** | **VIA U.S. Mail** |

| | |
|---|---|
| **Secured Creditor**<br>**Heritage Bank of Commerce**<br>William T. Lewis, Esq.<br>Robertson & Lewis<br>150 Almaden Blvd Ste 950<br>San Jose, CA 95113 | |
| **Request For Special Notice**<br>**First National Insurance Company of America**<br>James P. Diwik/Joel M. Long<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105 | |