B6D (Official Form 6D) (12/07)

In re  HSR General Engineering Contractors Inc
Debtor

Case No.  10-58737
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Caterpillar Financial Services Corp<br>21120 W. End Ave.<br>Nashville, TN 37203-5251 | | | 08/31/2007<br>8/31/07 077127611103 various equipment<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Heritage Bank of Commerce<br>18625 Sutter Blvd. Ste. 100<br>Morgan Hill, CA 95037-2863 | | | 10/11/2005<br>Security Agreement<br>10/11/05 0570445939 various personal property, continuation 12/28/06<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Heritage Bank of Commerce<br>18625 Sutter Blvd<br>Morgan Hill, CA 95037-2862 | | | 10/16/2006<br>Security Agreement<br>10/16/06 067088463264 equipment<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO. 7AG-3805545001<br>Heritage Bank-SBA<br>Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 | X | | 10/22/2009<br>Security Agreement<br>various personal property<br><br>VALUE $0.00 | | X | | 1,415,879.00 | 0.00 |

2  continuation sheets attached

Subtotal ➤
(Total of this page)

$ 1,415,879.00   $ 0.00

Total ➤
(Use only on last page)

$                $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **HSR General Engineering Contractors Inc**, Case No. **10-58737**
Debtor (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 368000101<br>Heritage-Line of Credit<br>Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 | | | Security Agreement<br><br>VALUE $0.00 | | X | | 273,075.00 | 0.00 |
| ACCOUNT NO.<br>Safeco Insurance Companies<br>4333 Brooklyn Ave NE<br>Seattle, WA 98105-1016 | | X | 05/26/2010<br>Security Agreement<br>107233237705<br><br>VALUE $0.00 | X | X | X | 0.00 | 0.00 |
| ACCOUNT NO.<br>The CIT Group<br>PO Box 27248<br>Tempe, AZ 85285-7248 | | | 11/14/2005<br>057048727050<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO.<br>The CIT Group<br>1540 W. Fountainhead Pkwy<br>Tempe, AZ 85282-1839 | | | 11/29/2005<br>Security Agreement<br>11/29/05 057050088700<br>equipment<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Wells Fargo Equipment Finance<br>1540 W. Fountainhead Pkwy<br>Tempe, AZ 85282-1839 | | | Security Agreement<br>6/27/05 057032050042 various<br>equipment, coninuation 12/30/09<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▸ (Total of this page)    $ 273,075.00    $ 0.00

Total ▸ (Use only on last page)    $    $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  HSR General Engineering Contractors Inc            ,  Case No.  10-58737
                          Debtor                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Wells Fargo Equipment Finance <br> 1540 W. Fountainhead Pkwy <br> Tempe, AZ 85282-1839 | | | 02/06/2006 <br> Security Agreement <br> 02/06/06 067057864649 equipment <br><br> VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO. <br> Wells Fargo Equipment Finance, Inc. <br> 1540 W. Fountainhead Pkwy <br> Tempe, AZ 85282-1839 | | | Security Agreement <br> 9/29/09 087173477276 various equipment <br><br> VALUE $0.00 | | X | | 0.00 | 0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal >
(Total of this page)           $      0.00  | $      0.00

Total >
(Use only on last page)        $  1,688,954.00 | $      0.00

(Report also on Summary of Schedules)  (if applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 10-58737   Doc# 57   Filed: 10/14/10   Entered: 10/14/10 11:25:56   Page 3 of 3