B 6E (Official Form 6E) (04/10)

In re HSR General Engineering Contractors, J
                 Debtor

Case No. 10-58737
           *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

**In re** HSR General Engineering Contractors, Inc.        ,         **Case No.** 10-58737
                 Debtor                                          *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                _9_ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors Inc. ,  Case No. 10-58737
  Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, Salaries and Commissions                           Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Patrick Brassill<br>2021 Booksin Ave.<br>San Jose, CA 95125 | | | Wages 8/15 TO 8/21/10 | | X | | 1,846 | 1,846 | |
| Account No.<br>Patrick Brassill<br>2021 Booksin Ave.<br>San Jose, CA 95125 | | | Accrued Vacation Wages to 8/23/10 | | X | | 3,692 | 3,692 | |
| Account No.<br>Katherine Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | | | Wages 8/15 TO 8/21/10 | | X | | 962 | 962 | |
| Account No.<br>Katherine Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | | | Accrued Vacation Wages to 8/23/10 | | X | | 1,924 | 1,924 | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ 8,424    $ 8,424

Total➤ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc.,   Case No. 10-58737
      Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages Salaries and Commissions                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Mathew Dorsa<br>1255 Lincoln St., #20<br>Santa Clara, CA 95050 | | | Wages 8/15 to 8/21/10 | | X | | 1,038 | 2,076 | |
| Account No.<br>Mathew Dorsa<br>1255 Lincoln St., #20<br>Santa Clara, CA 95050 | | | Accrued Vacation to 8/23/10 | | | | 2,076 | 2,076 | |
| Account No.<br>Michael Dorsa<br>1178 Virginia St.<br>Redwood City, CA 94061 | | | Wages 8/15 to 8/21/10 | | X | | 1,923 | 1,923 | |
| Account No.<br>Michael Dorsa<br>1178 Virginia St.<br>Redwood City, CA 94061 | | | Accrued Vacation to 8/23/10 | | X | | 3,461 | 3,461 | |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ 8,498   $ 8,498

Total➤ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals➤   $   $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages Salaries and Commissions                                          Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Ross Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | | | Wages 8/15 to 8/21/10 | | X | | 2,400.00 | 2,400.00 | |
| Account No.<br>Ross Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | | | Accrued Vacation to 8/23/10 | | X | | 4,800.00 | 4,800.00 | |
| Account No.<br>John French<br>16140 Paseo Largavista<br>San Lorenzo, CA 94580 | | | Wages 8/15 to 8/21/10 | | X | | 1,537.00 | 1,537.00 | |
| Account No.<br>John French<br>16140 Paseo Largavista<br>San Lorenzo, CA 94580 | | | Accrued Vacation to 8/23/10 | | X | | 1,714.00 | 1,714.00 | |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

                                                  Subtotals▶      $ 10,451.00      $ 10451.00
(Totals of this page)

Total▶    $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $      $

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc.,
　　　　Debtor

Case No. 10-58737
　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages Salaries and Commissions

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Momina Jalil 26560 Sunvale Court Hayward, CA 94544 | | | Wages 8/15 to 8/21/10 | | X | | 1,038 | 1,038 | |
| Account No. Momina Jalil 26560 Sunvale Court Hayward, CA 94544 | | | Accrued Vacation to 8/23/10 | | X | | 2,077 | 2,077 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)　$ 3,115　　$ 3,115

Total▶　$
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶　　$　　$
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc.,  Case No. 10-58737
          Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to Employee Benefit Plans                     Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 37321-00<br>Northern California Laborers<br>220 Campus Lane<br>Fairfield, CA 94534 | | | August union benefits | | X | | 14,377.58 | 14,377.58 | |
| Account No. 058143-058231<br>Carpenters Funds of Northern California<br>P.O. Box 39000<br>San Francisco, CA 94139 | | | August union benefits | | X | | 1,287.00 | 1,287.00 | |
| Account No. 2764<br>Operating Engineers Trust Funds<br>PO Box 3157<br>Hayward, CA 94540-3157 | | | August union benefits | | X | | 30,028.42 | 30,028.42 | |
| Account No.<br>Oppenheimer 401K Plan<br>8515 Orchard Road 5T2<br>Greenwood Village, CO 80111 | | | August Employee contributions | | X | | 4055.80 | 4055.80 | |

Sheet no. 5 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 49,748.80    $ 49,748.80

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

Case: 10-58737    Doc# 58    Filed: 10/14/10    Entered: 10/14/10 11:27:27    Page 7 of 11

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc., 
 Debtor

Case No. 10-58737
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Contributions to Employee Benefit Plans

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Oppenheimer 401K Plan 8515 Orchard Road 5T2 Greenwood Village, CO 80111 | | | 2009 Employer safe harbor contribution | | | | 19,243.48 | 19,243.48 | |
| Account No. Oppenheimer 401K Plan 8515 Orchard Road 5T2 Greenwood Village, CO 80111 | | | 2008 Employer safe harbor contribution | | X | | 35,182.34 | 35,182.34 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 6 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) $ 54,425.82 | $ 54,425.82

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc.,  Case No. 10-58737
    Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units        Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/07<br>unidentified | | X | X | 205.67 | 205.67 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/08<br>unidentified | | X | X | 194.02 | 194.02 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/08<br>unidentified | | X | X | 20,261.28 | 20,261.28 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/09<br>unidentified | | X | X | 100.00 | 100.00 | |

Sheet no. 7 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) $ 20,760.97    $ 20,760.97

Total➤ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals➤     $     $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 10-58737    Doc# 58    Filed: 10/14/10    Entered: 10/14/10 11:27:27    Page 9 of 11

In re HSR General Engineering Contractors, Inc. ,   Case No. 10-58737
      Debtor                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units      Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7-0197015<br>Internal Revenue Service | | | 9/30/2010<br>unidentified | | X | X | 8104.23 | 8104.23 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/10<br>unidentified | | X | X | 100.00 | 100.00 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/10<br>unidentified | | X | X | 100.00 | 100.00 | |
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/10<br>unidentified | | X | X | 116.68 | 116.68 | |

Sheet no. 8 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 8,420.91    $ 8,420.91

Total▶ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10) – Cont.

In re HSR General Engineering Contractors, Inc.,     Case No. 10-58737
           Debtor                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units        Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7-0197015<br>Internal Revenue Service | | | 12/31/09<br>unidentified | | X | X | 186.12 | 186.12 | |
| Account No. 632213000<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812 | | | 12/31/2010<br>unidentified | | X | X | 829.28 | 829.28 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ 1,015.40    $ 1,015.40

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 164,859.90

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 164,859.90    $