B 6H (Official Form 6H) (12/07)

In re HSR General Engineering Contractors Jr,  Case No. 10-58737
           Debtor                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ross and Katherine Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | Heritage Bank - SBA<br>Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 |
| Ross and Katherine Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | Heritage Bank - Line of Credit<br>Heritage Bank of Commerce<br>150 Almaden Blvd.<br>San Jose, CA 95113 |
| Ross and Katherine Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | Safeco Insurance Companies<br>4333 Brooklyn Ave. NE<br>Seattle, WA 98105-1016 |
| Ross Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | Western States Oil<br>1790 South 10th Street<br>San Jose, CA 95112 |
| Ross Dorsa<br>2440 Club Dr.<br>Gilroy, CA 95020 | |