Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for
OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS, et al.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtors. | Case No.: 10-58737<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THIS COURT, DEBTORS AND THEIR ATTORNEY OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS, et al., hereby request that notice of any and all proceedings in the above-captioned matter be given to their attorneys, Saltzman & Johnson Law Corporation. Such notice should be addressed as follows:

> Muriel B. Kaplan, Esq.
> Michele R. Stafford, Esq.
> SALTZMAN & JOHNSON LAW CORPORATION
> 44 Montgomery Street, Suite 2110
> San Francisco, CA 94104

Dated: October 19, 2009                        SALTZMAN & JOHNSON
                                               LAW CORPORATION


                                               _____/S/_____
                                               Muriel B. Kaplan
                                               Attorneys for Operating Engineers
                                               Local Union No. 3 Trust Funds

-1-
REQUEST FOR SPECIAL NOTICE
Case No.: 10-58737

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **October 20, 2010**, I served the following document(s):

### REQUEST FOR SPECIAL NOTICE

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:

> **William J. Healy, Esq.**
> **Campeau Goodsell and Smith**
> **440 N 1st Street #100**
> **San Jose, CA 95112**
>
> *Attorney for Debtor, HSR General Engineering Contractors, Inc.*
>
> **Office of the U.S. Trustee/San Jose**
> **U.S. Federal Bldg.**
> **280 S 1st Street #268**
> **San Jose, CA 95113-3004**
>
> *U.S. Trustee*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **October 20, 2010**, at San Francisco, California.

/S/
Elise Thurman
Paralegal

-1-
PROOF OF SERVICE
Case No.: 10-58737