**Entered on Docket**
**October 21, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

The following constitutes
the order of the court. Signed October 21, 2010

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-58737 |
| HSR GENERAL ENGINEERING CONTRACTORS INC, | CHAPTER 11 |
| Debtor. | **ORDER APPROVING DEBTOR'S EMERGENCY EX PARTE APPLICATION TO EMPLOY BROKER/AGENT (RICK ALBERT MACHINERY)** |

The Court having reviewed the emergency ex parte application of Debtor HSR GENERAL ENGINEERING CONTRACTORS, INC. ("Debtor" or "HSR" or "Applicant") **to employ Rick Albert Machinery** ("Broker/Agent") to market and sell some of Debtor's construction equipment pursuant to Section 327 (a) of the Bankruptcy Code (the "Code") and Rule 2014 (a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") ("Application"), found that the Application and declaration comply with Section 327(a) the Bankruptcy Code and Bankruptcy Rules 2014(a), and good cause appearing therefore,

IT IS HEREBY ORDERED that Debtor is authorized to employ Broker/Agent pursuant to the terms of the Listing Agreement attached to the Application to market and sell its equipment. Compensation to the Broker/Agent pursuant to the terms of the Listing Agreement shall be

1 | part of a motion to sell.

2 | ** END OF ORDER **

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | **United States Trustee** |
| | Office of the U.S. Trustee |
| 3 | San Francisco Divisional Office |
| | 235 Pine Street, Suite 700 |
| 4 | San Francisco, California 94104-3401 |
| 5 | **Debtor's Counsel** |
| | Scott L. Goodsell, Esq. |
| 6 | CAMPEAU GOODSELL SMITH, L.C. |
| | 440 N. 1st Street, Suite 100 |
| 7 | San Jose, California 95112 |
| 8 | **Debtor** |
| | Keith Dorsa |
| 9 | HSR, Inc. |
| | 1345 Vander Way |
| 10 | San Jose, CA 95112 |
| 11 | **Heritage Bank** |
| | William T. Lewis, Esq. |
| 12 | Robertson & Lewis |
| | 150 Almaden Blvd Ste 950 |
| 13 | San Jose, CA 95113 |
| 14 | Rick Albert Machinery, Inc. |
| | 2750 East 18th Street |
| 15 | Antioch, California, 94509 |

**ORDER APPROVING DEBTOR'S EMERGENCY EX PARTE APPLICATION TO EMPLOY BROKER/AGENT (RICK ALBERT MACHINERY)**

Case: 10-58737    Doc# 73    Filed: 10/21/10    Entered: 10/21/10 16:56:09    Page 3 of 3