ROGER J. BROTHERS (State Bar No. 118622)
ERICKA L. ACKERET (State Bar No. 259151)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Creditor
Vander, LLC

FILED

OCT 2 8 2010

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

HSR GENERAL ENGINEERING
CONTRACTORS, INC.,

Debtor.

Case No. 2010-58737

NOTICE OF MOTION AND MOTION TO
COMPEL PAYMENT OF
ADMINISTRATIVE RENT UNDER 11
U.S.C. §§365 (d)(3) AND 503(b)(1), OR IN
THE ALTERNATIVE, TO COMPEL THE
DEBTOR TO REJECT LEASE UNDER 11
U.S.C. §§ 365(a) AND 365(d)(2)

Date:     December 3, 2010
Time:     2:00 p.m.
Location: Courtroom 3070
          280 South First Street
          San Jose, CA 95113

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Vander, LLC ("Lessor"), by and through its counsel of record, hereby move this Court for an order requiring HSR General Engineering Contractors Inc, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), to **immediately** pay all post-petition rent and other charges past due and to timely pay all post-petition rent going forward for the occupancy of the premises commonly known as 1345 Vander Way, Santa Clara, California (the "Premises") pursuant to a lease entered into between Lessor and

NOTICE OF MOTION AND MOTION

the Debtor on or about December 8, 2009 (the "Lease") and 11 U.S.C. §§ 365(d)(3) and 503(b)(l), or in the alternative, to compel the Debtor to reject the Lease pursuant to 11 U.S.C. §§ 365(a),and 365(d)(2). Said Motion will be tentatively heard on December 3, 2010 at 2:00 p.m. at Courtroom 3070, 280 South First Street, San Jose, CA 95113.

The Motion is made on the grounds that pending the assumption or rejection of the Lease, 11 U.S.C. § 365(d)(3) of the Bankruptcy Code requires the Debtor to timely perform all post-petition Lease obligations. The Debtor, however, has not paid any amounts due under the Lease and continues to fail to make such post-petition payments. The Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Robert Bothman annexed hereto, any evidence and argument the Court may accept at the hearing on the matter, and such other and further evidence and argument as may be presented.

PLEASE TAKE FURTHER NOTICE THAT Bankruptcy Local Rule 9014-1 governs this Motion. Bankruptcy Local Rule 9014-1 requires that any objection to the relief requested by this Motion, or a request for hearing on the matter, must be filed with the Bankruptcy Court and served upon Lessor, through Lessor's counsel, within twenty-one (21) days of the mailing of this Notice. Any such request for hearing or objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present to support its position.

PLEASE TAKE FURTHER NOTICE THAT if there is not a timely objection to the requested relief or a request for hearing, the Bankruptcy Court may enter an order granting the relief by default

PLEASE TAKE FURTHER NOTICE THAT in the event of an objection or request for hearing being timely made the hearing date will be December 3, 2010 at 2:00 p.m. at Courtroom 3070, 280 South First Street, San Jose, CA 95113.

Dated: October 28, 2010

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: _____
Roger J. Brothers/Ericka L. Ackeret
Attorneys for Creditor Vander, LLC

2
NOTICE OF MOTION AND MOTION