ROGER J. BROTHERS (State Bar No. 118622)
ERICKA L. ACKERET (State Bar No. 259151)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Creditor
Vander, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HSR GENERAL ENGINEERING<br>CONTRACTORS, INC.,<br><br>Debtor. | Case No. 2010-58737<br><br>**APPLICATION FOR COMPENSATION<br>FOR SERVICES RENDERED BY<br>MCNAMARA, NEY, BEATTY,<br>SLATTERY, BORGES & BROTHERS LLP**<br><br>Date:     January 6, 2011<br>Time:     11:00 a.m.<br>Location:  Courtroom 3070<br>          280 South First Street<br>          San Jose, CA 95113 |

Vander, LLC ("Creditor") files the Application for Compensation for Services Rendered by the McNamara Law Firm (the "Application") under Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Federal Rules") for compensation in the amount of Twelve Thousand Five Hundred Ninety-Seven and 37/100 Dollars ($12,597.37) for the services that the McNamara Law Firm performed as counsel to Creditor in connection with the subject bankruptcy from August 23, 2010 (the "Petition Date") through December 13, 2010 (the "Application Period"), and for reimbursement of the costs expended by the McNamara Law Firm in the amount of Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80), for a combined total of Thirteen Thousand Four Hundred Thirty-Seven and 17/100 Dollars ($13,437.17) in fees and costs during the Application Period. The Application is based on this Notice, the Declaration of Roger

J. Brothers annexed hereto, any evidence and argument the Court may accept at the hearing on the matter, and such other and further evidence and argument as may be presented.

## I.    **INTRODUCTION**

On or about December 8, 2009, HSR General Engineering Contractors Inc, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), entered into a lease agreement with Creditor (the "Lease"), pursuant to which the Debtor leased from Creditor that certain real property commonly known as 1345 Vander Way, Santa Clara, California (the "Premises").

The Debtor has been in default by failing to pay, among other things, the rent and other charges due under the Lease for July 2010, and for each month thereafter. The Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on August 23, 2010. As set forth in more detail in this Application and in the Declaration of Roger J. Brothers filed concurrently herewith (the "Declaration"), despite numerous demands made on the Debtor's counsel by the McNamara Law Firm for payment of all post-petition rent and other charges, the Debtor continually failed to remit payment of all post-petition rent and other charges to Creditor and the Debtor's counsel failed to respond to the McNamara Law Firm's demands. Moreover, the Debtor informed Creditor that it was not permitted to remit payment of the post-petition rent and other charges to Creditor, without a court order pertaining to the same.

In light of the foregoing, on October 28, 2010, Creditor filed that certain Notice of Motion and Motion to Compel Payment of Administrative Rent Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1), or in the alternative, to Compel the Debtor to Reject the Lease Under 11 U.S.C. §§ 365(a) and 365(d)(2) (the "Motion"), which came on for hearing on December 3, 2010 (the "Hearing"). In accordance with the Hearing, Creditor submits this Application for the reimbursement of fees and costs incurred by Creditor with respect to (1) demanding payment of the monies owed under the Lease from Debtor and Debtor's counsel and (2) bringing the Motion.

///

///

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P O BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

APPLICATION FOR COMPENSATION

## II. POINTS AND AUTHORITY

Creditor is entitled to the payment of attorneys' fees and costs associated with this action. The Lease provides for attorneys' fees in connection with the enforcement of the provisions of the Lease. More specifically, Section 31 of the Lease provides, in pertinent part, as follows:

> *"If any Party or Broker brings an action or proceeding involving the Premises whether founded in tort, contract or equity, or to declare rights hereunder, the Prevailing Party [...] in any such proceeding, action, or appeal thereon, shall be entitled to reasonable attorneys' fees. Such fees may be awarded in the same suit or recovered in a separate suit, whether or not such action or proceeding is pursued to decision or judgment. [...] Lessor shall be entitled to attorneys' fees, costs and expenses incurred in the preparation and service of notices of Default and consultations in connection therewith, whether or not a legal action is subsequently commenced in connection with such Default or resulting breach [...]."*

### A. All Obligations Under the Lease, Including the Incurrence of Attorneys' Fees, are Entitled to Administrative Priority.

Section 365(d)(3) of the Bankruptcy Code unequivocally calls on the debtor to "perform all obligations …under any unexpired lease of nonresidential real property, until such lease is assumed or rejected…." This has been interpreted to include "the payment of interest, late fees and attorneys' fees and costs…" to the extent required by the terms of the lease. (In re M.S. Freight Distribution, Inc. (Bankr. W.D. Wash. 1994) 172 B.R. 976, 979, cited by In re Cukierman (9th Cir. 2001) 265 F.3d 846, 852.) Moreover, several cases specifically order the payment of the attorneys' fees incurred in enforcing the landlords' rights with regard to rejected leases. (See, In re Revco D.S., Inc. (N.D.Ohio 1989) 109 B.R. 264.) In Revco D.S., Inc., supra, the court found that the expenses for attorneys' fees were related to the debtor's rejection of the lease and the landlord's seeking payment of the full rental obligations that the debtor had failed to pay. Accordingly, the court awarded attorneys' fees to the landlord in a rejection claim. (See also, In re Gillis (D.Haw. 1988) 92 B.R. 461.)

Pursuant to Cukierman, supra, the Ninth Circuit also interprets §365(d)(3) as a bright-line rule, encompassing all obligations contained in a bargained-for agreement in order to ensure prompt performance of lease obligations by bankruptcy trustees. (In re Cukierman 265 F.3d at

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P O BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

850-851.) Section 365(d)(3) applies to obligations that arise under a lease "until [it] is assumed or rejected," including the payment of attorneys' fees. (<u>In re Cukierman</u> 265 F.3d at 852.)

In <u>Cukierman</u>, the Ninth Circuit did not award attorneys' fees because the Court found that the subject lease provided for attorneys' fees only after the lessor initiated a proceeding to collect overdue rent, which had not occurred prior to the rejection of the subject lease. (<u>Id.</u>) In contrast to the facts applicable in <u>Cukierman</u>, here, Creditor initiated a proceeding prior to the rejection of the Lease in order to enforce the terms of the Lease. Namely, Creditor filed the Motion prior to the Debtor's rejection of the Lease. Moreover, in contrast to the attorneys' fees provision examined in <u>Cukierman</u>, here, the attorneys' fees provision expressly stipulates that various attorneys' fees are recoverable, "*whether or not a legal action is subsequently commenced in connection with such Default or resulting breach.*" As such, attorneys' fees incurred during the Application Period are entitled to administrative priority.

There is no question that the Debtor was in default under the Lease by failing to make full payments under the Lease in the post-petition period. The Debtor's failure to timely make such payments forced Creditor to incur attorneys' fees and costs in order to force the Debtor to cure its defaults under the Lease. As stated in <u>In re MS Freight Distribution, Inc., supra</u>, "'all obligations' means just that. To the extent the Lease at issue here requires payment of interest, late fees and attorneys' fees and costs, [Creditor] may recover those amounts." (<u>In re MS Freight Distribution, Inc.</u> 172 B.R. at 979.) The Lease language here, read in conjunction with the statute, mandates recovery of attorneys' fees as an "obligation" incurred as a result of the post-petition, prerejection default of the Debtor.

**B.    Creditor is Entitled to Recover all Reasonable Attorneys' Fees Incurred During the Application Period.**

The Court does have an obligation to insure that all fees awarded are reasonable. It has been regularly held that if the subject lease provides for attorneys' fees in the enforcement of the provisions thereof (i.e., in compelling the payment of the rent due), the only question before the court is the reasonableness of those fees, and not the issue of entitlement. (<u>In re Ribs of Greenwich Village</u> (S.D.N.Y. 1986) 57 B.R. 319. <u>See also</u>, <u>In re Narragansett Clothing Co.</u>

MᶜNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P O BOX 5288 WALNUT CREEK, CA 94596
TELEPHONE (925) 939-5330

(D.R.I. 1990) 119 B.R. 388; In re Westview 74th Street Drug Corp. (S.D.N.Y. 1986) 59 B.R. 747; and In re J. W. Mays, Inc. (S.D.N.Y. 1983) 30 B.R. 769.)

As set forth in more detail herein and in the Declaration filed herewith, it is clear that the fees of Twelve Thousand Five Hundred Ninety-Seven and 37/100 Dollars ($12,597.37) requested by Creditor are reasonable under the circumstances. Costs incurred are likewise reasonable, which amount to Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80). The fees and costs claimed by Creditor total Thirteen Thousand Four Hundred Thirty-Seven and 17/100 Dollars ($13,437.17), and should be paid by the Debtor as an administrative expense.

### III.   COMPENSATION RATE REQUESTED FOR THE APPLICATION PERIOD

Pursuant to the terms and conditions of the Attorney-Client Fee Agreement entered into by and between the McNamara Law Firm and Creditor, Creditor agreed to remit payment to the McNamara Law Firm at the rate of Three Hundred Fifty Dollars ($350.00) per hour for all partner hours and Three Hundred Twenty-Five Dollars ($325.00) per hour for all associate hours performed on behalf of Creditor. The hourly rates charged to Creditor by the McNamara Law Firm are the regular fees charged to and paid by the private clients of the McNamara Law Firm and are reasonable given the expertise and experience of counsel. The attorneys handling the present matter, Roger J. Brothers and Ericka L. Ackeret, specialize in real estate, business and corporate transactional and litigation matters and general bankruptcy matters. Moreover, Roger J. Brothers, the partner handling this matter, has in excess of twenty-five (25) years experience practicing in those areas of law in and around the Bay Area and Northern California.

Expenses incurred are likewise reasonable. The McNamara Law Firm charges only $.20 per page for in house copying.

The fees and expenses claimed by Creditor total Thirteen Thousand Four Hundred Thirty-Seven and 17/100 Dollars ($13,437.17), and should be paid by the Debtor as an administrative expense. All bills generated by the McNamara Law Firm and invoiced to Creditor since the Petition Date and through November 30, 2010, are attached hereto as **Group Exhibit "A"**. The unbilled activity for the month of December is reflected in the attached **Exhibit "B"**. Notwithstanding the foregoing, because Creditor seeks only reimbursement for the services

performed by the McNamara Law Firm in connection with the attempted enforcement of the provisions of the Lease, the services performed and amount of time performed with respect to each service for which Creditor seeks reimbursement are summarized herein below.

## IV. NARRATIVE OF SERVICES RENDERED

### A. Services Performed to Demand Payments.

Upon receipt of the Notice of Chapter 11 Bankruptcy by the Debtor, Creditor contacted Debtor, in order to discuss the continued payment of rent. In response thereto, Debtor informed Creditor that it could not remit any payments to Debtor, without being instructed to do so by Debtor's counsel. Debtor suggested to Creditor that the McNamara Law Firm contact Debtor's counsel in order to demand payment of the rent. In response thereto, over the course of the following month, the McNamara Law Firm prepared three (3) separate demand letters to Debtor's counsel, each to which the McNamara Law Firm received no response. Below are the services charged in connection with demanding the rent and other charges due under the Lease:

| Billing Date | Attorney | Description | Hours | Amount Charged |
|---|---|---|---|---|
| 9/17/10 | Roger J. Brothers | Receipt and review e-mail from B. Bothman regarding status and further handling of rent payments from HSR (0.2); telephone call to attorney Healey regarding same (0.1); telephone conversation with B. Bothman regarding same (0.3) | 0.6 | $210.00 |
| 9/19/10 | Ericka L. Ackeret | Preparation of draft demand letter to counsel for HSR regarding payment of rent and assumption or rejection of lease | 0.9 | $292.50 |
| 9/20/10 | Roger J. Brothers | Participation in preparation of letter to attorney Healy regarding status and further handling of HSR rent | 0.4 | $140.00 |
| 9/20/10 | Ericka L. Ackeret | Preparation of draft letter to William Healy regarding ability to hold auction at premises and additional amounts owed to Vander | 0.7 | $227.50 |
| 10/7/10 | Ericka L. Ackeret | Preparation of draft final demand letter to HSR bankruptcy attorney regarding payment of rent | 0.6 | $195.00 |
| 10/7/10 | Roger J. Brothers | Telephone conversation with B. Bothman regarding status and further handling of response from HSR bankruptcy attorney | 0.2 | $70.00 |
| 10/25/10 | Ericka L. Ackeret | Preparation of draft letter to client regarding actions taken regarding demanding rent from debtor's counsel and future course of action regarding the same | 0.9 | $292.50 |
| | | **TOTAL:** | **4.3** | **$1,427.50** |

Case: 10-58737   Doc# 108-2 Filed 12/20/10 Entered 12/20/10 21:49:30 Page 6 of 33

APPLICATION FOR COMPENSATION

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

The McNamara Law Firm attempted in earnest to recover the rent and other charges due under the Lease without the need to incur the additional expense of bringing the Motion, by preparing multiple demand letters to Debtor's counsel. In total, the McNamara Law Firm expended 3.1 attorney hours at the hourly rate of Three Hundred Twenty Five Dollars ($325.00) and 1.2 partner hours at the hourly rate of Three Hundred Fifty Dollars ($350.00), or One Thousand Four Hundred Twenty-Seven and 50/100 Dollars ($1,427.50), in attempting to recover the rent and other charges due under the Lease without the need to incur the additional expense of bringing the Motion. However, after one (1) full month of not receiving any response from Debtor's counsel, the McNamara Law Firm had no choice but to prepare and file the Motion.

### B. Services Performed to Bring the Motion.

As stated above, because no response was received from Debtor's counsel regarding the demands for payment of rent and other charges due under the Lease, the McNamara Law Firm was obligated to prepare and file the Motion, in order to ensure receipt of payment of the monies due and owing to Creditor under the Lease. Moreover, in light of Debtor's failure to file any objection to the Motion, in accordance with Bankruptcy Local Rule 9014-1, the McNamara Law Firm prepared and filed a Request for Entry of Order by Default (the "Request for Default"). Further, due to the Court's request that the Hearing go forward notwithstanding Debtor's failure to file any objection to the Motion, the McNamara Law Firm attended telephonically the Hearing. Below are the services charged in connection with preparing and bringing the Motion, preparing and filing the Request for Default, and the attendance at the Hearing:

| Billing Date | Attorney | Description | Hours | Amount Charged |
|---|---|---|---|---|
| 10/18/10 | Ericka L. Ackeret | Preparation of Calculation of Rent with respect to Motion to Compel | 0.9 | $292.50 |
| 10/19/10 | Roger J. Brothers | Exchange e-mails with G. Freitag regarding HSR rent invoices | 0.2 | $70.00 |
| 10/19/10 | Ericka L. Ackeret | Preparation of draft Motion to Compel Payment of Administrative Rent | 5.4 | $1,755.00 |
| 10/20/10 | Ericka L. Ackeret | Preparation of draft Motion to Compel Rejection of Lease | 3.7 | $1,202.50 |
| 10/20/10 | Ericka L. Ackeret | Preparation of draft Notice of Motion to Compel, including information regarding varying service dates per local bankruptcy rules | 0.8 | $260.00 |

APPLICATION FOR COMPENSATION

7

| | | | | |
|---|---|---|---|---|
| 10/20/10 | Ericka L. Ackeret | Preparation of draft Table of Authorities for Motion to Compel | 0.8 | $260.00 |
| 10/21/10 | Roger J. Brothers | Exchange e-mail with client regarding HSR lease and bankruptcy issues | 0.2 | $70.00 |
| 10/21/10 | Ericka L. Ackeret | Preparation of draft Declaration of Robert Bothman in support of Motion to Compel | 0.9 | $292.50 |
| 10/22/10 | Roger J. Brothers | Participation in preparation of motion to compel HSR' payment of rent | 1.6 | $560.00 |
| 10/22/10 | Ericka L. Ackeret | Preparation of draft letter to client regarding motion to compel payment of rent and rejection of lease | 0.7 | $227.50 |
| 10/28/10 | Ericka L. Ackeret | Calculate updated interest and amounts owed in light of payment from HSR; Amend points and authorities and declaration in order to include updated values and information regarding payment | 1.1 | $357.50 |
| 10/28/10 | Ericka L. Ackeret | Prepare correspondence to client regarding updated declaration to include partial payment; Receipt and review of updated declaration from client | 0.3 | $97.50 |
| 10/28/10 | Ericka L. Ackeret | Call from service company regarding attempted service on William Healy and substituted service performed in light of office closed | 0.2 | $65.00 |
| 11/19/10 | Ericka L. Ackeret | Review of bankruptcy court docket in order to ensure that debtor did not file opposition to motion to compel | 0.4 | $130.00 |
| 11/19/10 | Ericka L. Ackeret | Call to William Healy regarding failure to file objection | 0.2 | $65.00 |
| 11/19/10 | Ericka L. Ackeret | Prepare correspondence to William Healy regarding failure to file objection | 0.3 | $97.50 |
| 11/19/10 | Ericka L. Ackeret | Prepare draft correspondence to client regarding status of motion to compel and intention to request order by default | 0.3 | $97.50 |
| 11/23/10 | Ericka L. Ackeret | Calculation of amounts owed as of today's date, including review of all attorneys' fees billed, in order to prepare documents necessary to obtain order by default against HSR | 1.4 | $455.00 |
| 11/23/10 | Ericka L. Ackeret | Preparation of draft Request for Entry of Order by Default to compel rent | 2.4 | $780.00 |
| 11/23/10 | Ericka L. Ackeret | Preparation of Declaration in support of Request for Entry of Default | 0.9 | $292.50 |
| 11/23/10 | Ericka L. Ackeret | Preparation of Proposed Order to compel payment of rent | 1.8 | $585.00 |
| 11/23/10 | Roger J. Brothers | Participation in preparation of request for entry of order for payment of rent by HSR | 0.9 | $315.00 |
| 11/24/10 | Ericka L. Ackeret | Finalization of all Request for Order by Default documents for filing with court | 0.5 | $162.50 |
| 11/24/10 | Ericka L. Ackeret | Prepare draft letter to client regarding filing of request for entry of order to compel payment of rent | 0.2 | $65.00 |
| 11/30/10 | Ericka L. Ackeret | Calls with court clerk regarding status of hearing in light of filing of request for default; Review | 0.6 | $195.00 |

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE (925) 939-5330

APPLICATION FOR COMPENSATION

| | | | | |
|---|---|---|---|---|
| | | court docket with respect to the same | | |
| 12/1/10 | Ericka L. Ackeret | Prepare draft letter to client regarding appearance at hearing on motion to compel, pursuant to request by court | 0.2 | $65.00 |
| 12/1/10 | Ericka L. Ackeret | Receipt and review of returned Request for Default sent to creditor Economy Trucking; Update proof of service to reflect undeliverable address | 0.2 | $65.00 |
| 12/3/10 | Roger J. Brothers | Preparation for and participation in telephonic hearing regarding our motion to deem lease rejected; telephone conversation with B. Bothman regarding same | 1.0 | $350.00 |
| 12/3/10 | Ericka L. Ackeret | Preparation for and attendance telephonically at hearing on motion to compel payment of rent | 1.4 | $455.00 |
| 12/8/10 | Ericka L. Ackeret | Call with client regarding non-receipt of partial rent for December | 0.2 | $65.00 |
| 12/8/10 | Ericka L. Ackeret | Preparation of draft Stipulation regarding Rejection of Lease | 0.4 | $130.00 |
| 12/8/10 | Ericka L. Ackeret | Preparation of draft letter to client summarizing actions taken at hearing on motion to compel and outcome of the same | 0.8 | $260.00 |
| 12/8/10 | Ericka L. Ackeret | Preparation of meet and confer letter to opposing counsel regarding rent owed, payment schedule and application of security deposit | 1.2 | $390.00 |
| | | **TOTAL:** | **32.1** | **$10,530.00** |

The McNamara Law Firm performed all tasks reasonably necessary in order to properly bring the Motion and in order to protect Creditor's rights and interests under the Lease. In total, the McNamara Law Firm expended 28.2 attorney hours at the hourly rate of Three Hundred Twenty Five Dollars ($325.00) and 3.9 partner hours at the hourly rate of Three Hundred Fifty Dollars ($350.00), or Ten Thousand Five Hundred Thirty Dollars ($10,530.00), in filing the Motion, the Request for Default and attending the Hearing.

## C. Expenses Incurred by the McNamara Law Firm.

The McNamara Law Firm charges only $.20 per page for in house copying. However, in order to comply with the service of process rules with respect to serving the top twenty (20) creditors in the subject bankruptcy matter, several of whom were not registered to receive electronic filings, the McNamara Law Firm expended considerable costs in photocopying in order to serve the Motion, the Request for Default, and all accompanying pleadings, which totaled Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80), as set forth below:

///

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE (925) 939-5330

| Billing Date | Description | Copies | Amount Charged |
|---|---|---|---|
| 9/19/10 | In-house Copying | 15 | $3.00 |
| 9/20/10 | In-house Copying | 22 | $4.40 |
| 9/21/10 | In-house Copying | 40 | $8.00 |
| 9/22/10 | In-house Copying | 15 | $3.00 |
| 9/27/10 | In-house Copying | 36 | $7.20 |
| 9/27/10 | In-house Copying | 2 | $0.40 |
| 10/27/10 | In-house Copying | 1 | $0.20 |
| 10/27/10 | In-house Copying | 328 | $65.60 |
| 10/28/10 | In-house Copying | 189 | $37.80 |
| 10/28/10 | In-house Copying | 27 | $5.40 |
| 10/28/10 | In-house Copying | 180 | $36.00 |
| 10/29/10 | In-house Copying | 225 | $45.00 |
| 10/29/10 | In-house Copying | 25 | $5.00 |
| 11/19/10 | In-house Copying | 8 | $1.60 |
| 11/23/10 | In-house Copying | 3 | $0.60 |
| 11/24/10 | In-house Copying | 1,312 | $262.40 |
| 11/24/10 | In-house Copying | 1,440 | $288.00 |
| 11/24/10 | In-house Copying | 330 | $66.00 |
| 11/24/10 | In-house Copying | 1 | $0.20 |
| | **TOTAL:** | **4,199** | **$839.80** |

**D.      Services Performed to Prepare the Application.**

In accordance with Section 8 of the United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, reasonable fees for preparation of a fee application may be requested, but the fees for preparation of a fee application may not exceed five percent (5%) of the total amount of fees and costs requested in the application. Here, the fees and expenses set forth above total Twelve Thousand Seven Hundred Ninety-Seven and 30/100 Dollars ($12,797.30), five percent (5%) of which is Six Hundred Thirty-Nine and 87/100 Dollars ($639.87), or 1.9 attorney hours at the McNamara Law Firm's associate hourly rate. The McNamara Law Firm has expended in excess of 1.9 hours in the preparation of the Application. As such, Creditor requests reimbursement for the services performed in the preparation of the Application at the maximum rate of five percent (5%), or Six Hundred Thirty-Nine and 87/100 Dollars ($639.87).

///

///

///

# V. **CONCLUSION**

WHEREFORE, for the reasons set forth above, Creditor respectfully requests reimbursement for the reasonable fees and costs in the amount of Thirteen Thousand Four Hundred Thirty-Seven and 17/100 Dollars ($13,437.17), which have been incurred by Creditor.

Dated: December 13, 2010            McNAMARA, NEY, BEATTY, SLATTERY,
                                     BORGES & BROTHERS LLP

By                                     _____
                                     Roger J. Brothers/Ericka L. Ackeret
                                     Attorneys for Creditor Vander, LLC

K:\BOTH\1001\Bankruptcy\Fee Application\Application for Compensation.doc

APPLICATION FOR COMPENSATION

**Group Exhibit "A"**

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

September 3, 2010
Invoice 18499
Matter ID: BOTH-1001
Roger J. Brothers

Re: Vander LLC - General

### The enclosed bill is For Services Rendered Through 8/31/2010

| | |
|---|---|
| **Balance Forward** | **$0.00** |
| Current Fees | $595.00 |
| Current Disbursements | $23.80 |
| Total Current Charges | $618.80 |
| **Total Due** | **$618.80** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA  95112-2604

September 3, 2010
Invoice  18499
Matter ID: BOTH-1001
Roger J. Brothers
Page 1

Re: Vander LLC - General

### For Services Rendered Through 8/31/2010

## LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/24/2010 | RJB | receipt and review bankruptcy filing notice for HSR General Engineering Contractors and e-mail from client regarding same; telephone conversation with B. Bothman regarding same | 0.40 | $140.00 |
| 8/25/2010 | RJB | receipt and review HSR lease and bankruptcy filings; telephone conversation with B. Bothman regarding same; telephone conversation with attorney Healy regarding same; preparation of e-mail to attorney Healy regarding same | 1.30 | $455.00 |
| | | **TOTAL LEGAL SERVICES** | **1.70** | **$595.00** |

### LEGAL SERVICES SUMMARY

| Name | | Hours | Rate/Hour | Amount |
|------|---|-------|-----------|--------|
| Roger J. Brothers | Senior Partner | 1.70 | 350.00 | $595.00 |
| | **TOTAL** | **1.70** | | **$595.00** |

### DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 8/31/2010 | Telephone, Postage & Fax | $23.80 |
| | **Total Disbursements** | **$23.80** |

### DISBURSEMENTS SUMMARY

| Description | Amount |
|-------------|--------|
| Telephone, Postage & Fax | $23.80 |

# McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP

| Robert A. Bothman, Inc. | Invoice 18499 |
|---|---|
| Re: Vander LLC – General | Page 2 |

| Description | | Amount |
|---|---|---|
| | **TOTAL** | **$23.80** |

| | | |
|---|---|---|
| **Total Fees and Disbursements** | $618.80 | |
| **TOTAL CURRENT CHARGES** | $618.80 | |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

October 7, 2010
Invoice 19078
Matter ID: BOTH-1001
Roger J. Brothers

Re: Vander LLC - General

### The enclosed bill is For Services Rendered Through 9/30/2010

| | |
|---|---|
| **Balance Forward** | **$618.80** |
| Current Fees | $4,112.50 |
| Current Disbursements | $190.50 |
| Total Current Charges | $4,303.00 |
| **Total Due** | **$4,921.80** |

**McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP**
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

October 7, 2010
Invoice 19078
Matter ID: BOTH-1001
Roger J. Brothers
Page 1

Re: Vander LLC - General

**For Services Rendered Through 9/30/2010**

---

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/03/2010 | RJB | receipt and review Notice of Chapter 11 bankruptcy regarding HSR General Engineering; telephone conversation with B. Bothman regarding same | 0.40 | $140.00 |
| 9/07/2010 | RJB | receipt and review e-mail exchange between B. Bothman and K. Dorsa regarding HSR bankruptcy status and further handling of rent payment | 0.20 | $70.00 |
| 9/08/2010 | ELA | Review and analyze legal issues pertaining to client's options with respect to HSR bankruptcy, including filing of motion to shorten time to accept/reject lease and local procedural rules regarding the same; Prepare memo regarding the same | 1.30 | $422.50 |
| 9/15/2010 | ELA | Review and analyze legal issues pertaining to client's ability to claim priority to rent pre- and post-bankruptcy in light of courts' varying rules regarding the same; Prepare memo regarding the same | 0.90 | $292.50 |
| 9/17/2010 | ELA | Prepare draft Request for Special Notice for filing with bankruptcy court in HSR matter | 0.50 | $162.50 |
| 9/17/2010 | ELA | Prepare draft letter to client regarding filing of proof of claim in HSR bankruptcy matter | 0.30 | $97.50 |
| 9/17/2010 | ELA | Prepare draft Proof of Claim in HSR bankruptcy matter, including calculation and preparation of schedule of allowable rents | 1.30 | $422.50 |

## McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP

| Robert A. Bothman, Inc. | Invoice 19078 |
|---|---|
| Re: Vander LLC - General | Page 2 |

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 9/17/2010 | RJB | receipt and review e-mail from B. Bothman regarding status and further handling of rent payments from HSR; telephone call to attorney Healey regarding same ; telephone conversation with B. Bothman regarding same | 0.60 | $210.00 |
| 9/19/2010 | ELA | Preparation of draft demand letter to counsel for HSR regarding payment of rent and assumption or rejection of lease | 0.90 | $292.50 |
| 9/19/2010 | ELA | Review and analysis of extensive pleadings filed in bankruptcy matter regarding motion for use of cash collateral, including motion and interim orders; Review and analysis of law cited by debtor in support of the same | 0.90 | $292.50 |
| 9/20/2010 | RJB | Participation in preparation of bankruptcy claim and letter to client regarding same; | 0.50 | $175.00 |
| 9/20/2010 | RJB | Participation in preparation of letter to attorney Healy regarding status and further handling of HSR rent | 0.40 | $140.00 |
| 9/20/2010 | RJB | conference with associate Ackeret regarding status and further handling of HSR bankruptcy claim and related issues | 0.30 | $105.00 |
| 9/20/2010 | ELA | Prepare draft letter to client regarding Proof of Claim and correspondence to William Healy regarding auction by HSR | 0.50 | $162.50 |
| 9/20/2010 | ELA | Prepare draft letter to William Healy regarding ability to hold auction at premises and additional amounts owed to Vander | 0.70 | $227.50 |
| 9/20/2010 | ELA | Prepare and receive five (5) emails to/from client throughout course of day regarding requested changes to Proof of Claim and ability to claim various amounts in bankruptcy matter | 0.70 | $227.50 |
| 9/20/2010 | ELA | Prepare updated Proof of Claim to include client's comments regarding inclusion of late fees and interest; Preparation of amended Calculation of Amount Claimed form | 0.90 | $292.50 |
| 9/21/2010 | RJB | review, revise and edit revised HSR proof of claim, letter to attorney Healy and letter to client regarding same | 0.50 | $175.00 |
| 9/27/2010 | RJB | Exchange e-mails with B. Bothman regarding status and further handling of HSR lease | 0.20 | $70.00 |
| 9/27/2010 | ELA | letter to United States Bankruptcy Court forwarding Proof of Claim (HSR General Engineering Contractors Inc.) | 0.20 | $65.00 |

| Robert A. Bothman, Inc. | Invoice 19078 |
|---|---|
| Re: Vander LLC - General | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/30/2010 | RJB | receipt and review HSR motion to sell personal property | 0.20 | $70.00 |
| | | **TOTAL LEGAL SERVICES** | **12.40** | **$4,112.50** |

### LEGAL SERVICES SUMMARY

| Name | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Roger J. Brothers | Senior Partner | 3.30 | 350.00 | $1,155.00 |
| Ericka L. Ackeret | Junior Associate | 9.10 | 325.00 | $2,957.50 |
| | **TOTAL** | **12.40** | | **$4,112.50** |

### DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 9/19/2010 | In-house Copying | 15 @ 0.20 | $3.00 |
| 9/20/2010 | In-house Copying | 22 @ 0.20 | $4.40 |
| 9/21/2010 | In-house Copying | 40 @ 0.20 | $8.00 |
| 9/22/2010 | In-house Copying | 15 @ 0.20 | $3.00 |
| 9/27/2010 | In-house Copying | 36 @ 0.20 | $7.20 |
| 9/27/2010 | In-house Copying | 2 @ 0.20 | $0.40 |
| 9/30/2010 | Telephone, Postage & Fax | | $164.50 |
| | **Total Disbursements** | | **$190.50** |

### DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Telephone, Postage & Fax | $164.50 |
| In-house Copying | $26.00 |
| **TOTAL** | **$190.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **$4,303.00** |
| **TOTAL CURRENT CHARGES** | **$4,303.00** |
| Balance Forward | $618.80 |
| **TOTAL AMOUNT DUE** | **$4,921.80** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 09/03/10 | 18499 | $618.80 | $0.00 | $618.80 |
| | | | | **$618.80** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

November 4, 2010
Invoice 19581
Matter ID: BOTH-1000
Roger J. Brothers

Re: Robert A. Bothman, Inc. - General

**The enclosed bill is For Services Rendered Through 10/31/2010**

| | |
|---|---|
| **Balance Forward** | **$5,333.00** |
| Current Fees | $747.50 |
| Current Disbursements | $90.33 |
| Total Current Charges | $837.83 |
| **Total Due** | **$6,170.83** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

November 4, 2010
Invoice 19581
Matter ID: BOTH-1000
Roger J. Brothers
Page 1

Re: Robert A. Bothman, Inc. - General

**For Services Rendered Through 10/31/2010**

## LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/05/2010 | ELA | Receipt and review of endorsed-filed proof of claim from bankruptcy court regarding HSR Contractors | 0.20 | $65.00 |
| 10/06/2010 | ELA | Review and analysis of HSR's Motion to Sell Property in order to determine effect thereof on client and options in proceeding; Prepare memo regarding the same | 0.70 | $227.50 |
| 10/07/2010 | ELA | Preparation of draft final demand letter to HSR bankruptcy attorney regarding payment of rent | 0.60 | $195.00 |
| 10/07/2010 | ELA | Review and analyze legal issues pertaining to status of client's bankruptcy claim pre- and post-rejection of lease; Prepare memo regarding the same | 0.80 | $260.00 |
| | | **TOTAL LEGAL SERVICES** | **2.30** | **$747.50** |

### LEGAL SERVICES SUMMARY

| Name | | Hours | Rate/Hour | Amount |
|------|------|-------|-----------|--------|
| Ericka L. Ackeret | Junior Associate | 2.30 | 325.00 | $747.50 |
| | **TOTAL** | **2.30** | | **$747.50** |

### DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 9/30/2010 | Service Fees;For filing request for special notice; proof of claim at United States Bankruptcy Court, San Jose, CA on 09/22/10, paid to;U.S. Legal Management Services, Inc. | $29.75 |

| | Robert A. Bothman, Inc. | | Invoice 19581 |
|---|---|---|---|
| | Re: Robert A. Bothman, Inc. - General | | Page 2 |

| Date | Description | | Amount |
|---|---|---|---|
| 10/5/2010 | Legal Research;Obtained online-Third Quarter 2010;Pacer Service Center | | $14.48 |
| 10/8/2010 | In-house Copying | 2 @ 0.20 | $0.40 |
| 10/8/2010 | In-house Copying | 7 @ 0.20 | $1.40 |
| 10/21/2010 | In-house Copying | 15 @ 0.20 | $3.00 |
| 10/23/2010 | In-house Copying | 8 @ 0.20 | $1.60 |
| 10/23/2010 | In-house Copying | 15 @ 0.20 | $3.00 |
| 10/25/2010 | In-house Copying | 34 @ 0.20 | $6.80 |
| 10/31/2010 | Telephone, Postage & Fax | | $29.90 |
| | **Total Disbursements** | | **$90.33** |

### DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Legal Research | $14.48 |
| Service Fees | $29.75 |
| Telephone, Postage & Fax | $29.90 |
| In-house Copying | $16.20 |
| **TOTAL** | **$90.33** |

| | | |
|---|---|---|
| **Total Fees and Disbursements** | **$837.83** | |
| **TOTAL CURRENT CHARGES** | **$837.83** | |
| Balance Forward | $5,333.00 | |
| **TOTAL AMOUNT DUE** | **$6,170.83** | |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 09/03/10 | 18498 | $5,333.00 | $0.00 | $5,333.00 |
| | | | | **$5,333.00** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

November 4, 2010
Invoice 19582
Matter ID: BOTH-1001
Roger J. Brothers

Re: Vander LLC - General

**The enclosed bill is For Services Rendered Through 10/31/2010**

| | |
|---|---|
| **Balance Forward** | **$4,921.80** |
| Current Fees | $7,667.50 |
| Current Disbursements | $516.00 |
| Total Current Charges | $8,183.50 |
| **Total Due** | **$13,105.30** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

November 4, 2010
Invoice 19582
Matter ID: BOTH-1001
Roger J. Brothers
Page 1

Re: Vander LLC - General

**For Services Rendered Through 10/31/2010**

### LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/07/2010 | RJB | telephone conversation with B. Bothman regarding status and further handling of response from HSR bankruptcy attorney | 0.20 | $70.00 |
| 10/18/2010 | ELA | Preparation of Calculation of Rent with respect to Motion to Compel | 0.90 | $292.50 |
| 10/19/2010 | RJB | Exchange e-mails with G. Freitag regarding HSR rent invoices | 0.20 | $70.00 |
| 10/19/2010 | ELA | Review and analyze local bankruptcy rules regarding ability to simultaneously file motion regarding (i) compelling payment of rent and (ii) compelling rejection of lease | 1.20 | $390.00 |
| 10/19/2010 | ELA | Preparation of draft Motion to Compel Payment of Administrative Rent | 5.40 | $1,755.00 |
| 10/20/2010 | ELA | Preparation of draft Motion to Compel Rejection of Lease | 3.70 | $1,202.50 |
| 10/20/2010 | ELA | Preparation of draft Notice of Motion to Compel, including information regarding varying service dates per local bankruptcy rules | 0.80 | $260.00 |
| 10/20/2010 | ELA | Preparation of draft Table of Authorities for Motion to Compel | 0.80 | $260.00 |
| 10/21/2010 | RJB | Exchange e-mail with client regarding HSR lease and bankruptcy issues | 0.20 | $70.00 |
| 10/21/2010 | ELA | Review and analyze legal issues pertaining to ability of client to | 0.90 | $292.50 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | obtain attorneys' fees in motion to compel rent | | |
| 10/21/2010 | ELA | Preparation of draft Declaration of Robert Bothman in support of Motion to Compel | 0.90 | $292.50 |
| 10/22/2010 | RJB | receipt and review e-mail from client regarding potential new tenant for HSR space; telephone call to attorney Healey regarding same; preparation of e-mail to client regarding same | 0.60 | $210.00 |
| 10/22/2010 | RJB | Participation in preparation of motion to compel HSR' payment of rent | 1.60 | $560.00 |
| 10/22/2010 | ELA | Preparation of draft letter to client regarding motion to compel payment of rent and rejection of lease | 0.70 | $227.50 |
| 10/25/2010 | ELA | Preparation of draft letter to client regarding actions taken regarding demanding rent from debtor's counsel and future course of action regarding the same | 0.90 | $292.50 |
| 10/25/2010 | ELA | Confirm with bankruptcy court that Request for Special Notice was properly filed | 0.20 | $65.00 |
| 10/25/2010 | ELA | Review and analysis of court docket in order to determine status of various hearings and pleadings for which we were not served or notified | 0.80 | $260.00 |
| 10/27/2010 | ELA | Prepare correspondence to court regarding inclusion on service list to ensure proper notice of all proceedings | 0.40 | $130.00 |
| 10/28/2010 | ELA | Calculate updated interest and amounts owed in light of payment from HSR; Amend points and authorities and declaration in order to include updated values and information regarding payment | 1.10 | $357.50 |
| 10/28/2010 | RJB | Exchange e-mails with B. Bothman regarding receipt of rent and marketing of building | 0.20 | $70.00 |
| 10/28/2010 | ELA | Prepare correspondence to client regarding updated declaration to include partial payment; Receipt and review of updated declaration from client | 0.30 | $97.50 |
| 10/28/2010 | ELA | Call from service company regarding attempted service on William Healy and substituted service performed in light of office closed | 0.20 | $65.00 |
| 10/28/2010 | RJB | receipt and review updated HSR invoices from G. Freitag | 0.20 | $70.00 |

| Robert A. Bothman, Inc. | Invoice 19582 |
|---|---|
| Re: Vander LLC - General | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/2010 | RJB | receipt and review e-mail from K. Dorsa to client regarding status and further handling of rent and the marketing of the space and client's proposed response regarding same; preparation of e-mail to client regarding same | 0.40 | $140.00 |
| 10/29/2010 | ELA | Prepare Notice of Errata in light of receipt of July rent; (No Charge) | 0.80 | No Charge |
| 10/29/2010 | ELA | Preparation of Amended Declaration in light of receipt of July rent; (No Charge) | 0.40 | No Charge |
| 10/29/2010 | RJB | review, revise and edit errata to HSR motion and client's declaration | 0.20 | $70.00 |
| 10/29/2010 | ELA | Prepare correspondence to client regarding notice of errata and amended declaration; Receipt and review of executed declaration; Participation in filing of declaration and notice of errata | 0.30 | $97.50 |
| 10/29/2010 | ELA | Prepare updated calculation of rent in light of receipt of July payment; (No Charge) | 0.30 | No Charge |
| | | **TOTAL LEGAL SERVICES** | **24.80** | **$7,667.50** |

### LEGAL SERVICES SUMMARY

| Name | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Roger J. Brothers | Senior Partner | 3.80 | 350.00 | $1,330.00 |
| Ericka L. Ackeret | Junior Associate | 1.50 | 0.00 | No Charge |
| Ericka L. Ackeret | Junior Associate | 19.50 | 325.00 | $6,337.50 |
| | **TOTAL** | **24.80** | | **$7,667.50** |

### DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 10/1/2010 | Legal Research; Westlaw online legal research, period September 2010, paid to; West Payment Center | | $14.30 |
| 10/27/2010 | In-house Copying | 1 @ 0.20 | $0.20 |
| 10/27/2010 | In-house Copying | 328 @ 0.20 | $65.60 |
| 10/28/2010 | In-house Copying | 189 @ 0.20 | $37.80 |
| 10/28/2010 | In-house Copying | 27 @ 0.20 | $5.40 |
| 10/28/2010 | In-house Copying | 180 @ 0.20 | $36.00 |
| 10/29/2010 | In-house Copying | 225 @ 0.20 | $45.00 |
| 10/29/2010 | In-house Copying | 25 @ 0.20 | $5.00 |

Robert A. Bothman, Inc.
Re: Vander LLC - General

Invoice 19582
Page 4

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2010 | Telephone, Postage & Fax | $306.70 |
| | **Total Disbursements** | **$516.00** |

## DISBURSEMENTS SUMMARY

| Description | Amount |
|-------------|--------|
| Legal Research | $14.30 |
| Telephone, Postage & Fax | $306.70 |
| In-house Copying | $195.00 |
| **TOTAL** | **$516.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **$8,183.50** |
| **TOTAL CURRENT CHARGES** | **$8,183.50** |
| Balance Forward | $4,921.80 |
| **TOTAL AMOUNT DUE** | **$13,105.30** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|------|------|------|------|------|
| 09/03/10 | 18499 | $618.80 | $0.00 | $618.80 |
| 10/07/10 | 19078 | $4,303.00 | $0.00 | $4,303.00 |
| | | | | **$4,921.80** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA  95112-2604

December 7, 2010
Invoice  20112
Matter ID: BOTH-1001
Roger J. Brothers

Re:Vander LLC - General

## The enclosed bill is For Services Rendered Through 11/30/2010

| | |
|---|---|
| **Balance Forward** | **$8,183.50** |
| Current Fees | $3.965.00 |
| Current Disbursements | $914.65 |
| Total Current Charges | $4,879.65 |
| **Total Due** | **$13,063.15** |

McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP
Attorneys at Law
1211 Newell Avenue
Walnut Creek, CA 94596

(925) 939-5330
FED. ID. NO. 94-1555712

Robert A. Bothman, Inc.
Attn: Robert A. Bothman and Saeed Yousuf
650 Quinn Avenue
San Jose, CA 95112-2604

December 7, 2010
Invoice 20112
Matter ID: BOTH-1001
Roger J. Brothers
Page 1

Re: Vander LLC - General

### For Services Rendered Through 11/30/2010

### LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/04/2010 | ELA | Review HSR bankruptcy court records in order to assess whether client has been added to the service list | 0.40 | $130.00 |
| 11/04/2010 | ELA | Receipt and review of endorsed-filed documents from court regarding motion to compel | 0.20 | $65.00 |
| 11/17/2010 | RJB | receipt and review order granting HSR's motion to sell assets free and clear | 0.20 | $70.00 |
| 11/18/2010 | RJB | receipt and review invoices regarding HSR rent and e-mail from G. Freitag regarding same | 0.20 | $70.00 |
| 11/19/2010 | ELA | Review of bankruptcy court docket in order to ensure that debtor did not file opposition to motion to compel | 0.40 | $130.00 |
| 11/19/2010 | ELA | Review and analyze local bankruptcy court rules regarding options in proceeding in light of no objection to motion to compel | 1.20 | $390.00 |
| 11/19/2010 | ELA | Call to William Healy regarding failure to file objection | 0.20 | $65.00 |
| 11/19/2010 | ELA | Prepare correspondence to William Healy regarding failure to file objection | 0.30 | $97.50 |
| 11/19/2010 | ELA | Prepare draft correspondence to client regarding status of motion to compel and intention to request order by default | 0.30 | $97.50 |
| 11/23/2010 | ELA | Calculation of amounts owed as of today's date, including review | 1.40 | $455.00 |

| Robert A. Bothman, Inc. | Invoice 20112 |
|---|---|
| Re: Vander LLC - General | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | of all attorneys' fees billed, in order to prepare documents necessary to obtain order by default against HSR | | |
| 11/23/2010 | ELA | Preparation of draft Request for Entry of Order by Default to compel rent | 2.40 | $780.00 |
| 11/23/2010 | ELA | Preparation of Declaration in support of Request for Entry of Default | 0.90 | $292.50 |
| 11/23/2010 | ELA | Preparation of Proposed Order to compel payment of rent | 1.80 | $585.00 |
| 11/23/2010 | RJB | Participation in preparation of request for entry of order for payment of rent by HSR | 0.90 | $315.00 |
| 11/24/2010 | ELA | Finalization of all Request for Order by Default documents for filing with court | 0.50 | $162.50 |
| 11/24/2010 | ELA | Prepare draft letter to client regarding filing of request for entry of order to compel payment of rent | 0.20 | $65.00 |
| 11/30/2010 | ELA | Calls with court clerk regarding status of hearing in light of filing of request for default; Review court docket with respect to the same | 0.60 | $195.00 |
| | | **TOTAL LEGAL SERVICES** | **12.10** | **$3,965.00** |

## LEGAL SERVICES SUMMARY

| Name | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Roger J. Brothers | Senior Partner | 1.30 | 350.00 | $455.00 |
| Ericka L. Ackeret | Junior Associate | 10.80 | 325.00 | $3,510.00 |
| | **TOTAL** | **12.10** | | **$3,965.00** |

## DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/2010 | Service Fees;For filing notice of motion, memorandum of points and authorities, declaration at USDC, San Jose, CA on 10/27/10, paid to;U.S. Legal Management Services, Inc. | | $62.25 |
| 10/31/2010 | Process Server;Served motion to compel payment of rent to Campeau, Goodsell, Smith LLC, San Jose, CA on 10/27/10, paid to ;U.S. Legal Management Services, Inc. | | $75.00 |
| 11/19/2010 | In-house Copying | 8 @ 0.20 | $1.60 |
| 11/23/2010 | In-house Copying | 3 @ 0.20 | $0.60 |
| 11/24/2010 | In-house Copying | 1312 0.20 | $262.40 |

Robert A. Bothman, Inc.  
Re: Vander LLC - General

Invoice 20112  
Page 3

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/24/2010 | In-house Copying | 1440  0.20 | $288.00 |
| 11/24/2010 | In-house Copying | 330 @ 0.20 | $66.00 |
| 11/24/2010 | In-house Copying | 1 @ 0.20 | $0.20 |
| 11/30/2010 | Telephone, Postage & Fax | | $158.60 |
| | **Total Disbursements** | | **$914.65** |

### DISBURSEMENTS SUMMARY

| Description | Amount |
|-------------|--------|
| Service Fees | $62.25 |
| Process Server | $75.00 |
| Telephone, Postage & Fax | $158.60 |
| In-house Copying | $618.80 |
| **TOTAL** | **$914.65** |

| | |
|---|---|
| Total Fees and Disbursements | $4,879.65 |
| **TOTAL CURRENT CHARGES** | **$4,879.65** |
| Balance Forward | $8,183.50 |
| **TOTAL AMOUNT DUE** | **$13,063.15** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|--------------|----------------|-----------------|----------------------|---------|
| 11/04/10 | 19582 | $8,183.50 | $0.00 | $8,183.50 |
| | | | | **$8,183.50** |

# Exhibit "B"

| Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|
| 12/1/2010 | 301 | Ackeret, Ericka L. | 0.2 | $65.00 | Prepare draft letter to client regarding appearance at hearing on motion to compel, pursuant to request by court |
| 12/1/2010 | 301 | Ackeret, Ericka L. | 0.2 | $65.00 | Receipt and review of returned Request for Default sent to creditor Economy Trucking. Update proof of service to reflect unde |
| 12/3/2010 | 301 | Ackeret, Ericka L. | 1.4 | $455.00 | Preparation for and attendance telephonically at hearing on motion to compel payment of rent |
| 12/8/2010 | 301 | Ackeret, Ericka L. | 0.2 | $65.00 | Call with client regarding non-receipt of partial rent for December |
| 12/8/2010 | 301 | Ackeret, Ericka L. | 0.4 | $130.00 | Preparation of draft Stipulation regarding Rejection of Lease |
| 12/8/2010 | 301 | Ackeret, Ericka L. | 0.8 | $260.00 | Preparation of draft letter to client summarizing actions taken at hearing on motion to compel and outcome of the same |
| 12/8/2010 | 301 | Ackeret, Ericka L. | 1.2 | $390.00 | Preparation of meet and confer letter to opposing counsel regarding rent owed, payment schedule and application of security d |
| 12/11/2010 | 301 | Ackeret, Ericka L. | 2.9 | $942.50 | Review and analyze legal issues pertaining to recovery of attorneys' fees as administrative priority. Prepare memo regarding |
| 12/12/2010 | 301 | Ackeret, Ericka L. | 4.4 | $1,430.00 | Preparation of draft Application for Compensation, including review of all time entries billed on matter |
| 12/3/2010 | 106 | Brothers, Roger J. | 1 | $350.00 | preparation for and participation in telephonic hearing regarding our motion to deem lease rejected, telephone conversation w |
| 12/7/2010 | 106 | Brothers, Roger J. | 0.2 | $70.00 | receipt and review docket entry regarding our motion to reject HSR lease |
| 12/8/2010 | 106 | Brothers, Roger J. | 0.2 | $70.00 | receipt and review First National Insurance Co. answer to complaint of HSR |
| | | | 13.10 | $4,292.50 | |