ROGER J. BROTHERS (State Bar No. 118622)
ERICKA L. ACKERET (State Bar No. 259151)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Creditor
Vander, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 2010-58737<br><br>**DECLARATION OF ROGER J. BROTHERS IN SUPPORT OF APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP**<br><br>Date: January 6, 2011<br>Time: 11:00 a.m.<br>Location: Courtroom 3070<br>280 South First Street<br>San Jose, CA 95113 |

I, ROGER J. BROTHERS, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California and am a partner with the law firm of MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS, LLP (the "McNamara Law Firm"), the counsel of record for Vander, LLC ("Creditor").

2. The facts contained in this declaration are based on my own personal knowledge and, if called as a witness, I could testify competently thereto.

3. I submit this Declaration in support of the Application for Compensation for

Services Rendered by the McNamara Law Firm (the "Application").

4. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

5. I have personally reviewed the bills attached as **Group Exhibit "A"** and **Exhibit "B"** to the Application. The information contained in those exhibits is true and correct to the best of my knowledge, information and belief after reasonable inquiry.

6. During the months of September and October, the McNamara Law Firm made numerous demands on HSR General Engineering Contractors Inc.'s (the "Debtor") counsel for payment of all post-petition rent and other charges due to Creditor under the lease agreement with Creditor (the "Lease").

7. Notwithstanding the numerous demands made on Debtor's counsel by the McNamara Law Firm, the Debtor continually failed to remit payment of all post-petition rent and other charges to Creditor and the Debtor's counsel failed to respond to the McNamara Law Firm's demands.

8. I am informed and believe that on or about October 22, 2010, the Debtor informed Creditor that it was not permitted to remit payment of the post-petition rent and other charges to Creditor, without a court order pertaining to the same.

9. In light of the foregoing, on October 28, 2010, the McNamara Law Firm filed that certain Notice of Motion and Motion to Compel Payment of Administrative Rent Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1), or in the alternative, to Compel the Debtor to Reject the Lease Under 11 U.S.C. §§ 365(a) and 365(d)(2) (the "Motion"), which came on for hearing on December 3, 2010 (the "Hearing").

10. In connection with (1) demanding payment of the monies owed under the Lease from Debtor and Debtor's counsel and (2) bringing the Motion, Creditor incurred Twelve Thousand Five Hundred Ninety-Seven and 37/100 Dollars ($12,597.37) for professional fees and Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80) in costs.

11. Pursuant to the terms and conditions of the Attorney-Client Fee Agreement entered into by and between the McNamara Law Firm and Creditor, Creditor agreed to remit payment to

the McNamara Law Firm at the rate of Three Hundred Fifty Dollars ($350.00) per hour for all partner hours and Three Hundred Twenty-Five Dollars ($325.00) per hour for all associate hours performed on behalf of Creditor. The hourly rates charged to Creditor by the McNamara Law Firm are the regular fees charged to and paid by the private clients of the McNamara Law Firm and are reasonable given the expertise and experience of counsel.

12. I and my associate assisting on this matter, Ericka L. Ackeret, specialize in real estate, business and corporate transactional and litigation matters and general bankruptcy matters. Moreover, I have in excess of twenty-five (25) years experience practicing in those areas of law in and around the Bay Area and Northern California.

13. The McNamara Law Firm charges only $.20 per page for in house copying.

14. The McNamara Law Firm attempted in earnest to recover the rent and other charges due under the Lease without the need to incur additional the expense of bringing the Motion, by preparing multiple demand letters to Debtor's counsel. In total, the McNamara Law Firm expended 3.1 attorney hours at the hourly rate of Three Hundred Twenty Five Dollars ($325.00) and 1.2 partner hours at the hourly rate of Three Hundred Fifty Dollars ($350.00), or One Thousand Four Hundred Twenty-Seven and 50/100 Dollars ($1,427.50), in attempting to recover the rent and other charges due under the Lease without the need to incur the additional expense of bringing the Motion.

15. Because no response was received from Debtor's counsel regarding the demands for payment of rent and other charges due under the Lease, the McNamara Law Firm was obligated to prepare and file the Motion, in order to ensure receipt of payment of the monies due and owing to Creditor under the Lease.

16. In light of Debtor's failure to file any objection to the Motion, the McNamara Law Firm prepared and filed a Request for Entry of Order by Default (the "Request for Default").

17. Due to the Court's request that the Hearing go forward notwithstanding Debtor's failure to file any objection to the Motion, the McNamara Law Firm attended telephonically the Hearing.

18. The McNamara Law Firm performed all tasks reasonably necessary in order to

properly bring the Motion and in order to protect Creditor's rights and interests under the Lease. In total, the McNamara Law Firm expended 28.2 attorney hours at the hourly rate of Three Hundred Twenty Five Dollars ($325.00) and 3.9 partner hours at the hourly rate of Three Hundred Fifty Dollars ($350.00), or Ten Thousand Five Hundred Thirty Dollars ($10,530.00), in filing the Motion, the Request for Default and attending the Hearing.

19. In order to comply with the service of process rules with respect to serving the top twenty (20) creditors in the subject bankruptcy matter, several of whom were not registered to receive electronic filings, the McNamara Law Firm expended considerable costs in photocopying in order to serve the Motion, the Request for Default, and all accompanying pleadings, which totaled Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80).

20. The McNamara Law Firm has expended in excess of 1.9 hours in the preparation of the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This Declaration was executed on December 13, 2010, at Walnut Creek, California.

By: /s/ Roger J. Brothers

Roger J. Brothers

K:\BOTH\1001\Bankruptcy\Fee Application\Declaration of RJB.doc