ROGER J. BROTHERS (State Bar No. 118622)
ERICKA L. ACKERET (State Bar No. 259151)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Creditor
Vander, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

HSR GENERAL ENGINEERING
CONTRACTORS, INC.,

Debtor.

Case No. 2010-58737

NOTICE OF APPLICATION FOR
COMPENSATION FOR SERVICES
RENDERED BY MCNAMARA, NEY,
BEATTY, SLATTERY, BORGES &
BROTHERS LLP

Date: January 6, 2011
Time: 11:00 a.m.
Location: Courtroom 3070
280 South First Street
San Jose, CA 95113

TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE Vander, LLC ("Creditor"), by and through its counsel of record, McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP (the "McNamara Law Firm"), hereby moves this Court for an order requiring HSR General Engineering Contractors Inc, the debtor and debtor in possession in the above-captioned bankruptcy case ("Debtor"), to **immediately** pay all post-petition attorneys' fees and costs for services performed by the McNamara Law Firm on behalf of Creditor.

Creditor files the Application for Compensation for Services Rendered by the McNamara Law Firm (the "Application") under Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Federal Rules") for compensation in the amount of Twelve Thousand Five Hundred Ninety-Seven and 37/100 Dollars ($12,597.37) for the services that the McNamara Law Firm performed as counsel to Creditor in connection with the subject bankruptcy from August 23, 2010 (the "Petition Date") through December 13, 2010 (the "Application Period"), and for reimbursement of the costs expended by the McNamara Law Firm in the amount of Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80), for a combined total of Thirteen Thousand Four Hundred Thirty-Seven and 17/100 Dollars ($13,437.17) in fees and costs during the Application Period. The Application is based on this Notice, the Declaration of Roger J. Brothers annexed hereto, any evidence and argument the Court may accept at the hearing on the matter, and such other and further evidence and argument as may be presented.

PLEASE TAKE FURTHER NOTICE THAT the hearing date will be January 6, 2010 at 11:00 a.m. at Courtroom 3070, 280 South First Street, San Jose, CA 95113.

PLEASE TAKE FURTHER NOTICE THAT any opposition to the Application must be filed five (5) days prior to the hearing.

Dated: December 13, 2010         MCNAMARA, NEY, BEATTY, SLATTERY,
                                 BORGES & BROTHERS LLP

                                 By: _____
                                 Roger J. Brothers/Ericka L. Ackeret
                                 Attorneys for Creditor Vander, LLC

K:\BOTH\1001\Bankruptcy\Fee Application\Notice of Application for Compensation.doc

NOTICE OF APPLICATION