The following constitutes
the order of the court. Signed December 23, 2010

_____
**Charles Novack**
**U.S. Bankruptcy Judge**
_____

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-58737 |
| HSR GENERAL ENGINEERING CONTRACTORS INC, | CHAPTER 11 |
| Debtor. | **ORDER GRANTING MOTION TO SELL CLUB MEMBERSHIP SELL FREE AND CLEAR OF LIENS** |

The Court, having read and considered the Motion To Sell Club Membership Free And Clear Of Liens ("Motion") filed by Debtor and Debtor-in-Possession filed and served on October 14, 2010, the Declaration of William J. Healy indicating that Debtor's counsel has not received any objection to the Motion, noted that the docket does not reflect any objection or request for hearing, having scheduled and held a hearing on December 3, 2010, and found good cause, does hereby grant the Motion and therefore,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Motion is granted;

2. Notice of the motion was proper and adequate given the circumstances;

3. Debtor is authorized to sell its Proprietary Membership (#174) in the San Jose County Club to Blach Construction free and clear of liens or claims of lien by or by Heritage Bank

of Commerce and First National Insurance Company of America (and related companies, including Safeco Insurance Companies, pursuant to Bankruptcy Code 363 (b) and (f) (2), (4), Bankruptcy Code 506, 506 (d), and Bankruptcy Rules 6004 and 3012 with the liens attaching to any net proceeds; and

4. Bankruptcy court jurisdiction is to implement the sale, enforce the sale order, or resolve any disputes with or related to the sale is reserved.

***End of Order***

**Approved As To Form And Content**

**Heritage Bank of Commerce**

Robertson & Lewis

By: /s/ W. Thomas Lewis
    W. Thomas Lewis

**Court Service List**

| | |
|---|---|
| **United States Trustee**<br>Office of the U.S. Trustee<br>San Francisco Divisional Office<br>235 Pine Street, Suite 700<br>San Francisco, California 94104-3401 | **VIA ECF** |
| **Debtor's Counsel**<br>Scott L. Goodsell, Esq.<br>CAMPEAU GOODSELL SMITH, L.C.<br>440 N. 1st Street, Suite 100<br>San Jose, California   95112 | **VIA ECF** |
| **Debtor**<br>Keith Dorsa<br>HSR, Inc.<br>1345 Vander Way<br>San Jose, CA 95112 | **VIA Mail** |
| **Secured Creditor**<br>**Heritage Bank of Commerce**<br>William T. Lewis, Esq.<br>Robertson & Lewis<br>150 Almaden Blvd Ste 950<br>San Jose, CA 95113 | **VIA Mail and ECF** |
| **Secured Creditor**<br>**Safeco Insurance Companies**<br>**4333 Brooklyn Ave NE**<br>**Seattle, WA 98105-1016** | **VIA Mail** |

| | |
|---|---|
| Request For Special Notice<br>First National Insurance Company of America<br>James P. Diwik/Joel M. Long<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105 | **VIA Mail** |
| Request For Special Notice<br>Vander, LLC<br>Rodger J. Brothers, Esq.<br>1211 Newell Avenue<br>Walnut Creek, CA 94596-5331 | **VIA Mail** |
| Internal Revenue Service<br>55 S. Market Street<br>San Jose, CA 95113 | **VIA Mail** |