Entered on Docket
December 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 28, 2010

_____
Charles Novack
U.S. Bankruptcy Judge

```
CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS INC,<br><br>　　　　　　　　Debtor. | Case No. 10-58737<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF AN INSURANCE PREMIUM FINANCE AGREEMENT**<br><br>**Date: December 22, 2010**<br>**Time: 2:00 p.m.**<br>**Location:**<br>　United States Bankruptcy Court<br>　280 S. First St.<br>　San Jose, CA 95113 |

The motion of Debtor and Debtor-in-Possession HSR GENERAL ENGINEERING CONTRACTORS INC ("Debtor" or "HSR") for entry of an order granting Debtor's For Approval of An Insurance Premium Finance Agreement pursuant to Bankruptcy Code 364 (b), (c) and Bankruptcy Rule 4001 (c), 1007 (d), and 9034 (f) ("Motion") having came before this court, the court having read and consider the Motion, and finding good cause, does hereby grant the Motion and therefore,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Motion is granted.

2. The Debtor is authorized to execute and enter into the Insurance Premium Financing Agreement with First Insurance Funding Corp ("FIFC").

3. Debtor is authorized to make the payments due under the Insurance Premium Financing Agreement and FIFC is authorized to receive and apply such payment to the indebtedness owed by Debtor to FIFC as provided in the Insurance Premium Financing Agreement.

4. If the Debtor does not make the payments due thereunder, the automatic stay shall automatically lift to enable FIFC and/or third parties, including insurance companies providing coverage under the policies, to take all steps necessary and appropriate to cancel the policies, collect the associated collateral and apply such collateral to the indebtedness owed to FIFC by the Debtor pursuant to the notice and other related terms of the Insurance Premium Financing Agreement.

***End of Order***

| | |
|---|---|
| **Court Service List** | |
| **United States Trustee**<br>Office of the U.S. Trustee<br>San Francisco Divisional Office<br>235 Pine Street, Suite 700<br>San Francisco, California 94104-3401 | |
| **Debtor**<br>Keith Dorsa<br>HSR, Inc.<br>440 N. 1st St., #130<br>San Jose, CA 95112 | |
| **Secured Creditor**<br>**Caterpillar Financial Services Corp**<br>**21120 W. End Ave.**<br>**Nashville, TN 37203-5251** | |
| **Secured Creditor**<br>**Heritage Bank of Commerce**<br>William T. Lewis, Esq.<br>Robertson & Lewis<br>150 Almaden Blvd Ste 950<br>San Jose, CA 95113 | |
| **Secured Creditor**<br>**The CIT Group**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | |
| **Secured Creditor**<br>**Wells Fargo Equipment Finance**<br>**1540 W. Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | |

| | |
|---|---|
| **Secured Creditor**<br>**The CIT Group**<br>**PO Box 27248**<br>**Tempe, AZ 85285-7248** | |
| First National Insurance Company of America (Safeco Insurance Companies)<br>James P. Diwik/Joel M. Long<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105 | |
| Vander, LLC<br>Rodger J. Brothers, Esq.<br>1333 North California Boulevard, Suite 350<br>Walnut Creek, CA 94596 | |
| Internal Revenue Service<br>55 S. Market Street<br>San Jose, CA 95113 | |
| `City of Gilroy`<br>`c/o Miles J. Dolinger`<br>`Berliner Cohen`<br>`10 Almaden Blvd. 11th Fl.`<br>`San Jose, CA 95113-2226` | |
| `Ford Motor Credit Company`<br>`c/o Law Offices of Austin P. Nagel`<br>`111 Deerwood Road, Suite 305`<br>`San Ramon, CA 94583-1530` | |
| `GE Capital Commercial Inc`<br>`Hemar, Rousso & Heald, LLP`<br>`c/o Raffi Khatchadourian`<br>`Encino, CA 91436` | |

| | | |
|---|---|---|
| **20 LARGEST UNSECURED CLAIMS**<br> Sobrato<br>The Sobrato Organization<br>10600 N. DeAnza Blvd., Suite 200<br>Cupertino, CA 95014 | |
| **20 LARGEST UNSECURED CLAIMS**<br>Granite Construction Co<br>PO Box 60000<br>San Francisco, CA 94160 | |
| **20 LARGEST UNSECURED CLAIMS**<br> RM Harris Co Inc<br>1000 Howe Road, Suite 200<br>Martinez, CA 94553 | |
| **20 LARGEST UNSECURED CLAIMS**<br> Keith Dorsa<br>1345 Vander Way<br>San Jose, CA 95112 | |
| **20 LARGEST UNSECURED CLAIMS**<br> EBI Aggregates<br>4330 Quail Run Lane<br>Danville, CA 94506 | |
| **20 LARGEST UNSECURED CLAIMS**<br> RR Maher Construction Co Inc<br>1324 Lemon Street<br>Vallego, CA 94590 | |
| **20 LARGEST UNSECURED CLAIMS**<br>Central Fence Company<br>1304 Whitten Ave<br>San Jose, CA 95116 | |

| | | |
|---|---|---|
| | **20 LARGEST UNSECURED CLAIMS**<br>Green Vista Landscape<br>7351 Galilee Rd. Suite 190<br>Roseville, CA 95678 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Operating Engineers Trust Fund<br>PO Box 3157<br>Hayward, CA 94540, CA 94540 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Bauman Landscape Construction<br>572 Ruger Street Suite A<br>San Francisco, CA 94129 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>United Rentals Northwest Inc<br>450 Glass Suite C<br>Modesto, CA 95356 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Chrisp Company<br>PO Box 1368<br>Fremont, CA 94538 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Economy Trucking Services Inc<br>PO Box 525<br>Campbell, CA 95008 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Giacalone Electrical Services<br>6300 Monterey Street<br>Gilroy, CA 95020 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>L&S Trucking Inc<br>16525 Worthley Dr<br>San Lorenzo, CA 94580 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>Sierra Lumber & Fence<br>1711 Senter Road<br>San Jose, CA 95112 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>The Sobrato Organization<br>10600 N. De Anza Blvd, Suite 200<br>Cupertino, CA 95014 | |
| | **20 LARGEST UNSECURED CLAIMS**<br>JJR Construction Inc<br>1120 Ninth Avenue<br>San Mateo, CA 94402 | |

| | |
|---|---|
| **20 LARGEST UNSECURED CLAIMS**<br>Sweeney Mason Wilson<br>983 University Ave, Ste 104C<br>Los Gatos, CA 95032 | |
| **20 LARGEST UNSECURED CLAIMS**<br>RMT Lanscape Contractors Inc<br>7699 Edgewater Drive<br>Oakland, CA 94621 | |