UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No.10-58737 |
| ) | |
| HSR GENERAL ENGINEERING ) | CHAPTER 11 |
| CONTRACTORS, INC., ) | |
| ) | DATE: February 1, 2011 |
| Debtor. ) | TIME: 2:00 p.m. |
| ) | JUDGE: Hon. Charles Novack |
| | 280 S. First Street, Room 3070 |
| | San Jose, California |

## NOTICE OF APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR

PLEASE TAKE NOTICE that on February 1, 2011, at 2:00 p.m., in the courtroom of the Honorable Charles Novack at the United States Bankruptcy Court at 280 S. First Street, Room 3070, San Jose, California, the application of Campeau Goodsell Smith, counsel for debtor herein, for interim compensation for services rendered and costs incurred from August 21, 2010 through December 24, 2010, in the sum of $152,180.00 for fees and $1,752.99 for costs (before credit for a pre-Petition retainer in amount of $25,000.00), will come on for hearing.

Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court and served on Debtor's counsel at Campeau Goodsell Smith, 440 N. 1st Street, Suite 100, San Jose, CA 95112, at least five days before the hearing.

Dated: January 10, 2011     CAMPEAU GOODSELL SMITH


By__/s/ William J. Healy_____
    William J. Healy
    Attorneys for Debtor