Entered on Docket
January 21, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 21, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

ROGER J. BROTHERS, ESQ.
Attorney Bar No. 118622
ERICKA L. ACKERET, ESQ.
Attorney Bar No. 259151
**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701

Attorneys for Creditor
Vander, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS INC.,<br><br>Debtor. | Case No. 10-58737<br><br>**ORDER REGARDING APPLICATION FOR COMPENSATION FOR SERVICES RENDERED BY MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP**<br><br>Date: January 6, 2011<br>Time: 11:00 a.m.<br>Dept: 3070<br>Judge: Charles Novack |

Vander, LLC ("Lessor"), having filed an Application for Compensation for Services Rendered by McNamara, Ney, Beatty, Slattery, Borges & Brothers (the "Application"), which came on for hearing on January 6, 2011 at 11:00 a.m. in this Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that HSR General Engineering Contractors Inc. shall, within two (2) weeks of the entry of this Order by the Court, remit payment to Lessor in the total sum of Nine Thousand Three Hundred Two and 80/100 Dollars ($9,302.80), which represents Eight Thousand Four Hundred Sixty-Three Dollars ($8,463.00) in approved attorneys' fees and Eight Hundred Thirty-Nine and 80/100 Dollars ($839.80) in approved costs.

**\*\* END OF ORDER \*\***


Case: 10-58737    Doc# 163    Filed: 01/21/11    Entered: 01/21/11 15:32:27    Page 1 of 3

# COURT SERVICE LIST

**Ally Financial, Inc. fka GMAC, Inc.**
Donal H. Cram, III
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

**Andrew L. Faber, Esq.**
**Miles J. Dolonger, Esq.**
Berlinger Cohen
10 Almaden Blvd., 11th Floor
San Jose, CA 956113

**First National Insurance Company of America:**
James P. Diwik, Esq.
Joel M. Long, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower 8th Fl.
San Francisco, CA 94105-1008

**Ford Motor Company Credit Company**
Austin P. Nagel
Law Offices of Austin P. Nagel
111 Deerwood Rd. #388
San Ramon, CA 945

**GE Capital Commercial, Inc.**
Raffi Khatchadourian
Hemmar, Rousso and Heald
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

**Heritage Bank of Commerce:**
William Thomas Lewis
Law Offices of Robertson and Lewis
150 Almaden Blvd., #950
San Jose, CA 95113

**HSR General Engineering Contractors, Inc.:**
William J. Healy, Esq.
Campeau, Goodsell, Smith, LC
440 N. 1st Street, #10
San Jose, CA 95112

**Keith Dorsa**
HSR General Engineering Contractors, Inc.
1345 Vander Way
San Jose, CA 95112

| | |
|---|---|
| 1 | **Mag Trucking, Inc.**<br>Ann Mnuwoiapang |
| 2 | Mag Trucking, Inc.<br>3500 Enterprise Avenue |
| 3 | Hayward, CA 94545 |
| 4 | |
| 5 | **Office of the U.S. Trustee/SJ**<br>U.S. Federal Bldg. |
| 6 | 280 S. 1st Street, #268<br>San Jose, CA 95113-3004 |
| 7 | **Operating Engineers Local Union No. 3 Trust Funds, et al.** |
| 8 | Muriel B. Kaplan<br>Saltzman and Johnson Law Corporation |
| 9 | 44 Montgomery St., #2110<br>San Francisco, CA 94104 |
| 10 | |
| 11 | **William Thomas Lewis**<br>Law Offices of Robertson and Lewis |
| 12 | 150 Almaden Blvd., Ste 950<br>San Jose, CA 95113 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |