CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
WILLIAM J. HEALY, SBN 146158
440 N. 1st Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

**The following constitutes
the order of the court. Signed March 17, 2011**

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    )   Case No.10-58737
                                          )
HSR GENERAL ENGINEERING    )   CHAPTER 11
    CONTRACTORS, INC.,           )
                                          )   DATE:    March 15, 2011
            Debtor.                     )   TIME:    2:00 p.m.
_____)   JUDGE:   Hon. Charles Novack
                                              280 S. First Street, Room 3070
                                              San Jose, California

**ORDER APPROVING AMENDED INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

The Court, having read and considered the AMENDED INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR by Debtor's counsel Campeau Goodsell Smith ("Application") for services rendered and costs incurred from August 21, 2010 through December 24, 2010, in the sum of $152,180 for fees and $1,752.99 for costs (before credit for a pre-petition retainer of $25,000.00), having read and considered the objections of Heritage Bank of Commerce ("Heritage") and First National Insurance Company of America, having conducted a hearing on March 15, 2011 with the

appearances by Debtor's counsel William J. Healy for applicant Campeau Goodsell Smith ("Applicant), Wm. Thomas Lewis for Heritage, and Joel M. Long for First National, and having found good cause, for the reasons stated on the record does hereby approve the Application as follows: the Court found the total fees requested were $151,267.50, the Court approves fees of $122,888.25 and costs of $1,752.99, and the Debtor HSR General Engineering Contractors, Inc. is authorized to pay these amounts less the retainer.

**\*\*\*End of Order\*\*\***

**Court Service List**

United States Trustee
Office of the U.S. Trustee
San Francisco Divisional Office
235 Pine Street, Suite 700
San Francisco, California 94104-3401

Debtor
Keith Dorsa
HSR, Inc.
1345 Vander Way
San Jose, CA 95112

Debtor
Keith Dorsa
HSR, Inc.
440 N. 1st St
San Jose, CA 95112

Heritage Bank of Commerce
William T. Lewis, Esq.
Robertson & Lewis
150 Almaden Blvd Ste 950
San Jose, CA 95113

First National Insurance Company of America
James P. Diwik/Joel M. Long
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105