SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Creditor
First National Insurance Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737<br><br>Chapter 11<br><br>**CREDITOR FIRST NATIONAL INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT**<br><br>**[Caltrans Hwy. 17 Project]** |

Creditor First National Insurance Company of America ("First National"), pursuant to 11 U.S.C. section 365(d)(2), moves this Court for an order directing debtor HSR General Engineering Contractors, Inc. (the "Debtor") to immediately assume or reject the executory contract between the Debtor and the California Department of Transportation ("Caltrans") described as Contract No. 05-0P8104 (the "Contract") for a public works construction project located in Santa Cruz County described as Construct Soldier Pile Wall, etc. (the "Project"). As of the date that the Debtor filed its Chapter 11 bankruptcy petition, work remained to be

completed under the Contract. To date, the Debtor has not completed some or all of that work, the Debtor has ceased work on and abandoned the Project, the Debtor has not assumed or rejected the Contract, the Debtor has admitted that it cannot complete the work under the Contract, and Caltrans has submitted a demand to First National for First National to complete the work under the Contract as the Debtor's performance bond surety in connection with the Project.

    This motion is based on the accompanying notice and opportunity for hearing, memorandum of points and authorities, and declaration of Joel M. Long, as well as all papers and pleadings on file in this matter and any evidence or argument that may be presented at any hearing on this motion.

DATED: May 5, 2011        SEDGWICK LLP

By: /s/ Joel M. Long
    Joel M. Long
    Attorneys for Creditor
    First National Insurance Company of America

SF/2179781v1     -2-
MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT
[CALTRANS HWY. 17 PROJECT]
Case: 10-58737  Doc# 197  Filed: 05/05/11  Entered: 05/05/11 18:04:49  Page 2 of 2