SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Creditor
First National Insurance Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

HSR GENERAL ENGINEERING CONTRACTORS, INC.,

Debtor.

Case No. 10-58737

Chapter 11

**CREDITOR FIRST NATIONAL INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS**

[Coyote Point and Jacques Gulch Projects]

Creditor First National Insurance Company of America ("First National"), pursuant to 11 U.S.C. section 365(d)(2), moves this Court for an order directing debtor HSR General Engineering Contractors, Inc. (the "Debtor") to immediately assume or reject the following: (1) the executory contract between the Debtor and the County of San Mateo (the "Coyote Point Contract") for a public works construction project described as Coyote Point Bay Trail Improvements (Project No. E4861000) (the "Coyote Point Project"); and (2) the executory contract between the Debtor and the Santa Clara Valley Water District (the "Jacques Gulch

Contract") for a public works construction project described as Jacques Gulch Restoration Project (the "Jacques Gulch Project"). (The Coyote Point Contract and the Jacques Gulch Contract are collectively referred to as the "Contracts," and the Coyote Point Project and the Jacques Gulch Project are collectively referred to as the "Projects.")

As of the date that the Debtor filed its Chapter 11 bankruptcy petition, work remained to be completed under the Contracts. To date, the Debtor has not completed some or all of that work, the Debtor has ceased work on and abandoned the Projects, the Debtor has not assumed or rejected the Contracts, and the Debtor lacks the financial and operational capacity to complete the work under the Contracts. In addition, the County of San Mateo has demanded that First National complete the Coyote Point Project, and rejection of the Jacques Gulch Contract will permit First National to assume control and ensure the completion of the required monthly landscape maintenance on the Jacques Gulch Project, which must continue to be performed until approximately December 2012.

This motion is based on the accompanying notice and opportunity for hearing, memorandum of points and authorities, and declaration of Joel M. Long, as well as all papers and pleadings on file in this matter and any evidence or argument that may be presented at any hearing on this motion.

DATED: May 6, 2011    SEDGWICK LLP

By: /s/ Joel M. Long
Joel M. Long
Attorneys for Creditor
First National Insurance Company of America

SF/2181735v1                                    -2-
MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS
[COYOTE POINT AND JACQUES GULCH PROJECTS]

Case: 10-58737    Doc# 202    Filed: 05/06/11    Entered: 05/06/11 18:06:36    Page 2 of 2