Wm. Thomas Lewis, Esq. (CSB No. 116695)
**ROBERTSON & LEWIS**
An Association of Attorneys
150 Almaden Boulevard, Suite 950
San Jose, CA 95113-2375
Telephone: (408) 294-3600

Attorneys for Secured Creditor
Heritage Bank of Commerce

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| In re | Case No 10-58737 |
| **HSR GENERAL ENGINEERING CONTRACTORS, INC.** | Chapter 11 |
| Debtors. | NOTICE OF UNAVAILABILITY OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that counsel for Secured Creditor, Wm. Thomas Lewis, Esq. of Robertson & Lewis, will not be in the office and will be unavailable from May 23, 2011 to June 8, 2011, and returning to the office on June 9, 2011. During the time specified, Mr. Lewis and Robertson & Lewis will be unavailable for all purposes, including, but not limited to, receiving notice of any kind, court hearings, motions or discovery items, responding to ex parte applications, attending depositions, receiving or responding to any mail and/or e-mails and/or voice mails, and/or receiving or returning any telephone calls.

///

///

ROBERTSON & LEWIS
150 Almaden Blvd.
Suite 950
San Jose, CA
95113
(408) 294-3600

1
Notice of Unavailability
Case: 10-58737   Doc# 206   Filed: 05/16/11   Entered: 05/16/11 05:27:39   Page 1 of 2

Purposely scheduling a conflicting proceeding without good cause is conduct subject to sanctions. <u>Tenderloin Housing Clinic vs. Sparks</u> (1992) 8 Cal.App.4th 299.

Dated: May 16, 2011          **ROBERTSON & LEWIS**

By *Wm. Thomas Lewis /s/*
_____
WM. THOMAS LEWIS
Attorneys for Secured Creditor
Heritage Bank of Commerce

ROBERTSON & LEWIS
150 Almaden Blvd.
Suite 950
San Jose, CA
95113
(408) 294-3600