SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Creditor
First National Insurance Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737<br><br>Chapter 11<br><br>**CREDITOR FIRST NATIONAL INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT**<br><br>**[Caltrans Hwy. 17 Project]** |

Please take notice that a hearing on creditor First National Insurance Company of America's Motion to Compel Debtor to Assume or Reject Executory Contract [Caltrans Hwy. 17 Project] (Docket No. 197) will be held on **Thursday, June 9, 2011, at 2:00 p.m., before the Hon. Charles Novack, Courtroom 3070, 208 South First Street, San Jose, California**.

///

///

SF/2219184v1
-1-
NOTICE OF HEARING RE:
MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT
[CALTRANS HWY. 17 PROJECT]

Case: 10-58737    Doc# 211    Filed: 06/02/11    Entered: 06/02/11 09:24:14    Page 1 of 2

| | | |
|---|---|---|
| 1 | DATED: June 2, 2011 | SEDGWICK LLP |
| 2 | | |
| 3 | | By: /s/ Joel M. Long<br>Joel M. Long<br>Attorneys for Creditor |
| 4 | | First National Insurance Company of America |
SF/2219184v1 -2-
NOTICE OF HEARING RE:
MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT
[CALTRANS HWY. 17 PROJECT]

Case: 10-58737　Doc# 211　Filed: 06/02/11　Entered: 06/02/11 09:24:14　Page 2 of 2