SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Creditor
First National Insurance Company of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>    Debtor. | Case No. 10-58737<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: CREDITOR FIRST NATIONAL INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS**<br><br>**[Coyote Point and Jacques Gulch Projects]** |

Please take notice that a hearing on creditor First National Insurance Company of America's Motion to Compel Debtor to Assume or Reject Executory Contracts [Coyote Point and Jacques Gulch Projects] (Docket No. 202) will be held on **Thursday, June 9, 2011, at 2:00 p.m., before the Hon. Charles Novack, Courtroom 3070, 208 South First Street, San Jose, California.**

///

///

SF/2219102v1     -1-
NOTICE OF HEARING RE:
MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS
[COYOTE POINT AND JACQUES GULCH PROJECTS]

Case: 10-58737   Doc# 212   Filed: 06/02/11   Entered: 06/02/11 09:25:12   Page 1 of 2

1 DATED: June 2, 2011         SEDGWICK LLP

2

3                              By:  /s/ Joel M. Long
                                    Joel M. Long
                                    Attorneys for Creditor
4                                   First National Insurance Company of America

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/2219102v1                              -2-
                              NOTICE OF HEARING RE:
             MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS
                         [COYOTE POINT AND JACQUES GULCH PROJECTS]

Case: 10-58737    Doc# 212    Filed: 06/02/11    Entered: 06/02/11 09:25:12    Page 2 of 2