# Tom Lewis

| | |
|---|---|
| **From:** | Kevin Knox [Kevin.Knox@herbank.com] |
| **Sent:** | Friday, June 10, 2011 4:55 PM |
| **To:** | 'Tom Lewis' |
| **Subject:** | FW: Heritage Proposal - HSR |

**From:** Kevin Knox
**Sent:** Monday, May 23, 2011 11:53 AM
**To:** Kevin Knox
**Subject:** FW: Heritage Proposal - HSR

Left Message for Keith on cell phone.

Kevin D. Knox
Sr. Vice President
Asset Based Lending
Heritage Bank of Commerce
150 Almaden Blvd. 3rd Floor
San Jose, CA 95113
Direct 408-494-4589
Fax 408-278-2084

**From:** Kevin Knox
**Sent:** Friday, May 20, 2011 4:16 PM
**To:** 'Keith Dorsa'; 'Pat Brassill'
**Subject:** FW: Heritage Proposal - HSR

Keith,

We haven't heard back since this email sent on Monday however, regardless, we need the adequate protection payments caught up by Tuesday next week either way.

**From:** Kevin Knox
**Sent:** Monday, May 16, 2011 11:14 AM
**To:** 'Keith Dorsa'
**Subject:** RE: Heritage Proposal

Keith,

As follow up to the negotiations I am adding to the discussion we have had, incorporating a reply into your latest offer of May 3rd below.

Kevin:

I have taken some time to review your proposal from yesterday and while we are interested in reaching a resolution we are unable to respond to your proposal as it stands for two reasons:

1. There is no interest rate in the proposal that would allow us to calculate payments if we were interested in pursuing such an option. Same Rate. 5.5
2. More importantly, we came into our meeting last Friday with a proposed payoff of $95,000

which you stated would not be possible. You then proposed what Pat and I thought was a final proposal at $140,000 which we felt was unachievable from our standpoint and after taking all our factors into consideration we offered a counter proposal of $ 120,000 which you felt might be a tough sell but agreed to propose it to someone. Now you have come back with a proposal that is actually higher than the $140,000 you originally proposed with some caveats as to how you propose this payment is structured. <span style="color:red">Absent the minimum full payoff of $140, you asked us to consider $120M and yes I did tell you both it would be a hard sell. Our reply is we will accept your counter of $120 but only if we get the remainder of $30 over time. We offer two options. $140 and that's it - or - $150 including $120 now and $30 over time. If you want to move quickly you can accept either option - or counter. Each includes the re-amortization of the remaining SBA loan.</span> <span style="color:green">If the bank is to only take $100M cash the carry forward note will be $50,000 amortized the length of time remaining on the SBA loan. As we had previously stated our position was firm yet you have offered yet another counter we need to close this negotiations this week and the bank needs to receive the two payments under the adequate protection plan (Sum total $50,000) – ultimately credited toward the $100,000 cash payment of this restructured and discounted settlement if and when the courts approval the arrangements. The personal guaranty will stay in place until the note is paid.</span>

Kevin D. Knox
Sr. Vice President
Asset Based Lending
Heritage Bank of Commerce
150 Almaden Blvd. 3rd Floor
San Jose, CA  95113
Direct 408-494-4589
Fax 408-278-2084

---

**From:** Keith Dorsa [mailto:kdorsa@hsrinc.net]
**Sent:** Tuesday, May 03, 2011 10:49 AM
**To:** Kevin Knox
**Cc:** 'Pat Brassill'
**Subject:** RE: Heritage Proposal

Hi Kevin:

I have been really busy with some issues with my elderly (87 year old mother) which have taken me away from work some.

However, Pat and I have reviewed your proposal and still do not quite understand the proposed interworking of the deal. We have put together something we can make work based on our internal numbers and are willing to discuss this with you further.

We believe we can structure a deal  that works as follows:

1. Payment of $ 130,000 paid as follows:
   $100,000 paid as an initial  payment with $30,000 added to the remaining balance of the SBA loan to be amortized over the term of that loan at the stipulated interest rate.
2. Release of personal guarantees of the HSR principals relating to the Heritage LOC.
3. The above agreement to be funded after approval from the bankruptcy court.

Please review the structure of this offer and get back to me if we can begin moving in this direction.

Thanks

Keith Dorsa
HSR Inc.
440 North First St., Suite 130
San Jose. Ca. 95112

Phone:  408.562.9956
Fax:      408.562.9957
E-mail   kdorsa@hsrinc.net

---

**From:** Kevin Knox [mailto:Kevin.Knox@herbank.com]
**Sent:** Tuesday, May 03, 2011 9:59 AM
**To:** 'Keith Dorsa'
**Subject:** RE: Heritage Proposal

Hi Keith.

I haven't heard what your counter might be Keith, and the adequate protection payments are 15 days past due now.  I had advised in my last email the options we have offered are firm.  What are you going to do.

Kevin D. Knox
Sr. Vice President
Asset Based Lending
Heritage Bank of Commerce
150 Almaden Blvd. 3rd Floor
San Jose, CA  95113
Direct 408-494-4589
Fax 408-278-2084

---

**From:** Keith Dorsa [mailto:kdorsa@hsrinc.net]
**Sent:** Thursday, April 28, 2011 2:54 PM
**To:** Kevin Knox
**Subject:** Heritage Proposal

Kevin

When we met last week the goal was to work toward reaching a compromise whereby HSR could be clear of any obligations to Heritage relative to the Line of Credit and the associated cash collateral issues.  Your proposed framework and amounts will not allow us to accomplish that goal.  Pat and I are meeting tomorrow to discuss the situation more fully and would expect to have a counter proposal to you either tomorrow or Monday.

Keith


Keith Dorsa
HSR Inc.
440 North First St., Suite 130
San Jose. Ca. 95112

Phone: 408.562.9956
Fax: 408.562.9957
E-mail kdorsa@hsrinc.net

==================DISCLAIMER=================================
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies of it from your system.

The sender accepts no responsibility for viruses and it is your responsibility to scan attachments (if any). No contracts may be concluded on behalf of the sender by means of email communications unless expressly stated to the contrary.

Please note: Sending an unencrypted email is not a secure method of transmitting confidential personal information such as social security numbers or account numbers. To transmit this type of information to us, please visit our website at http://www.heritagebankofcommerce.com and use our Secure Email system.
==================DISCLAIMER=================================

==================DISCLAIMER=================================
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies of it from your system.

The sender accepts no responsibility for viruses and it is your responsibility to scan attachments (if any). No contracts may be concluded on behalf of the sender by means of email communications unless expressly stated to the contrary.

Please note: Sending an unencrypted email is not a secure method of transmitting confidential personal information such as social security numbers or account numbers. To transmit this type of information to us, please visit our website at http://www.heritagebankofcommerce.com and use our Secure Email system.
==================DISCLAIMER=================================