Entered on Docket
July 21, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 19, 2011

_____
**Charles Novack
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

HSR GENERAL ENGINEERING
CONTRACTORS, INC.,

Debtor.

Case No. 10-58737 CN
Chapter 11

**ORDER DENYING MOTION TO
COMPEL DEBTOR TO ASSUME OR
REJECT EXECUTORY CONTRACT
(Caltrans Hwy. 17 Project)**

For the reasons stated on the record, First National Insurance Company's motion to compel debtor to assume or reject executory contracts (Caltrans Hwy. 17 Project) is denied without prejudice.

\* \* \* END OF ORDER \* \* \*

**ORDER DENYING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS**

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case No. 10-58737 CN

**<u>COURT SERVICE LIST</u>**

William J. Healy
Campeau, Goodsell and Smith
440 N 1st St. #100
San Jose, CA 95112

HSR General Engineering Contractors Inc.
1345 Vander Way
San Jose, CA 95112

James M. Long
Sedgwick LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**ORDER DENYING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS** 2