The following constitutes
the order of the court. Signed July 19, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>Debtor. | Case No. 10-58737 CN<br>Chapter 11<br><br>**ORDER DENYING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS (Coyote Point and Jacques Gulch Projects)** |
|---|---|

For the reasons stated on the record, First National Insurance Company's motion to compel debtor to assume or reject executory contracts (Coyote Point and Jacques Gulch Projects) is denied without prejudice.

**\* \* \* END OF ORDER \* \* \***

ORDER DENYING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1  Case No. 10-58737 CN

2  **COURT SERVICE LIST**

3

4

5  William J. Healy
   Campeau, Goodsell and Smith
   440 N 1st St. #100
6  San Jose, CA 95112

7  HSR General Engineering Contractors Inc.
   1345 Vander Way
8  San Jose, CA 95112

9  James M. Long
   Sedgwick LLP
10 One Market Plaza
   Steuart Tower, 8th Floor
11 San Francisco, California 94105

12 Office of the U.S. Trustee / SJ
   U.S. Federal Bldg.
13 280 S 1st St. #268
   San Jose, CA 95113-3004

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DENYING MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACTS**

2