| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C.<br>SCOTT L. GOODSELL, #122223<br>GREGORY J. CHARLES, #208583<br>WILLIAM J. HEALY #146158<br>440 North 1st Street, Suite 100<br>San Jose, CA 95112<br>TEL. (408) 295-9555<br>FAX. (408)295-6606 | Case Name: In re: HSR GENERAL<br>ENGINEERING CONTRACTORS INC<br>Case No.:10-58737 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On July 21, 2011 I served a copy of:

**1. NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTION TO APPROVE STIPULATION FOR USE OF CASH COLLATERAL;**
**2. AMENDED MOTION TO APPROVE STIPULATION FOR USE OF CASH COLLATERAL**; and
**3. DECLARATION OF MICHAEL DORSA RE: MOTION TO APPROVE STIPULATION FOR USE OF CASH COLLATERAL.**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

See attached
Service List

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on July 21, 2011, at San Jose, California.

                                                /s/ William J. Healy
                                                William J. Healy

| | Court Service List | |
|---|---|---|
| | United States Trustee<br>Office of the U.S. Trustee<br>280 S. 1st Street, Room 268<br>San Jose, CA 95113 | VIA ECF and overnight mail |
| | Secured Creditor<br>Heritage Bank of Commerce<br>William T. Lewis, Esq.<br>Robertson & Lewis<br>150 Almaden Blvd Ste 950<br>San Jose, CA 95113 | VIA ECF and overnight mail |
| | Request For Special Notice<br>First National Insurance Company of America<br>James P. Diwik/Joel M. Long<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105 | VIA ECF and overnight mail |
| | Internal Revenue Service<br>55 S. Market Street<br>San Jose, CA 95113 | VIA ECF and overnight mail |
| | Keith Dorsa and Katherine Dorsa<br>2440 Club Drive<br>Gilroy, CA 95020 | VIA overnight mail |
| | **GE Capital Commercial, Inc.**<br>**Hemra, Russo & Heald, LLP**<br>**15910 Ventura Boulevard, 12th Floor**<br>**Encino, CA 91436-2802** | VIA ECF and overnight mail |
| | **Vander, LLC**<br>**c/o Roger J. Brothers**<br>**1211 Newell Avenue**<br>**Walnut Creek, CA 94596** | VIA ECF and overnight mail |
| | **Carpenters 46 Nothern CA**<br>**Weinberg, Roger & Rosenfeld**<br>**Attn Christina L. Raisner**<br>**1001 Marina Village Parkway, #200**<br>**Alameda, CA 94501-6480** | VIA ECF and overnight mail |
| | **The Presidio Trust**<br>**c/o Eugene Chang**<br>**Stein & Lubin LLP**<br>**600 Montgomery Street, 14th Floor**<br>**San Francisco, CA 94111-2716** | VIA ECF and overnight mail |

| | |
|---|---|
| **City of Gilroy**<br>**c/o Miles J. Dollinger**<br>**Berliner Cohen**<br>**10 Almaden Blvd., 11th Floor**<br>**San Jose, CA 95113-2226** | VIA ECF and overnight mail |
| **MAG Trucking, Inc.**<br>**3500 Enterprise Avenue**<br>**Hayward, CA 94545-3294** | VIA ECF and overnight mail |
| **Operators Engineers Local Union No. 3 trust**<br>**Muriel B. Kaplan**<br>**Saltzman & Johnson Law Corporation**<br>**44 Montgomery Street, Suite 2110**<br>**San Francisco, CA 94104-4708** | VIA ECF and overnight mail |