CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
GREGORY J. CHARLES, #208583
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 10-58737
)
HSR GENERAL ENGINEERING ) CHAPTER 11
CONTRACTORS INC., )
) **DEBTOR'S ATTACHMENT TO**
Debtor. ) **NOVEMBER 2011 MONTHLY**
) **OPERATING REPORT**
)
) **Date:** January 6, 2012
) **Time:** 2:00 p.m.
) **Location:**
) United States Bankruptcy Court
) 280 S. First St.
) San Jose, CA 95113
_____ )

PLEASE TAKE NOTICE THAT pursuant to the request of the United States Trustee Debtor HSR GENERAL ENGINEERING CONTRACTORS INC. hereby files an attachment to its November 2011 Monthly Operating Report (Docket#297, Dated 12/19/11).

Dated: January 3, 2012        CAMPEAU GOODSELL SMITH
                              /s/ William J. Healy
                              William J. Healy
                              Attorneys For Debtor

---

**DEBTOR'S ATTACHMENT TO NOVEMBER 2011 MONTHLY OPERATING REPORT**