# Advantage Business Package Checking



HSR GENERAL ENGINEERING
CONTRACTOR,INC
930 W REMINGTON DR APT 1A
SUNNYVALE CA 94087-2122

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $1,089.89 |
| Deposits/Credits | 24,240.00 |
| Withdrawals/Debits | - 22,891.00 |
| **Ending balance on 11/30** | **$2,438.89** |
| Average ledger balance this period | $8,500.32 |

Account number: **8021269538**

**HSR GENERAL ENGINEERING
CONTRACTOR,INC**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
∎ Savings - 000008073744941

Case: 10-58737    Doc# 303-1    Filed: 01/03/12    Entered: 01/03/12 16:26:11    Page 1 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/8 | | ATM Check Deposit - 11/08 Mach ID 9921F 1995 El Camino Real Santa Clara CA 4171 0009722 | 21,324.00 | | 22,413.89 |
| 11/14 | | Capital One Online Pmt 131539919015552 7509789840Dorsa Ross | | 408.00 | 22,005.89 |
| 11/15 | | ATM Check Deposit - 11/15 Mach ID 9921F 1995 El Camino Real Santa Clara CA 4171 0001893 | 2,916.00 | | 24,921.89 |
| 11/16 | 1030 | Check | | 19,129.00 | 5,792.89 |
| 11/17 | | Recurring Transfer Ref #Opemr53Wll to Business Market Rate Savings xxxxxx4941 | | 100.00 | 5,692.89 |
| 11/25 | 1031 | Check | | 3,254.00 | 2,438.89 |
| Ending balance on 11/30 | | | | | 2,438.89 |
| **Totals** | | | **$24,240.00** | **$22,891.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 1030 | 11/16 | 19,129.00 | 1031 | 11/25 | 3,254.00 |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 3 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

Information regarding fees for services you may use with your account

- Audit Confirmation - $40 per request
- Non-Customer Check Cashing - $7.50 each
- Account Research - $25 per hour ($25 minimum)
- Cashier's Checks - $10 each
- Document Copy Fee/Other Requests - $5 per item (Self-Serve Requests remain at no charge)
- Money Orders - $5 each
- International Item Deposited - $5 per item
- Stop Payment - $31 each

Wire Transfers:
- Incoming Domestic/Internal Transfer - $15 each
- Incoming International U.S./Foreign Currency - $16 each
- Outgoing Domestic/Internal Transfer - $30 each
- Repetitive Outgoing Domestic/Internal Transfer - $25 each



- Outgoing International U.S. Currency - $45 each
- Repetitive Outgoing International U.S. Currency - $40 each
- Outgoing International Foreign Currency - $35 each
- Repetitive Outgoing International Foreign Currency - $30 each
- Outgoing Book Transfer - $15 each
- Repetitive Outgoing Book Transfer - $10 each

For questions, contact your Business Banker or call the phone number at the top of your statement. Pricing may vary based on account relationship.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**HSR GENERAL ENGINEERING CONTRACTORS, INC**
440 N 1ST ST STE 130
SAN JOSE, CA 95112-4024

1031

11-4288/1210 4277
8021269538

11/13/11

AeTNa

3254.⁰⁰

Three thousand two hundred fifty four and no/100

NOT NEGOTIABLE

**WELLS FARGO** Wells Fargo Bank, N.A.
California
wellsfargo.com

Public Coverage? D+K.D.
M.D.

⑈000000 1031⑈ ⑆1210 4288 2⑆ 8021269538⑈

---

**HSR GENERAL ENGINEERING CONTRACTORS, INC**
440 N 1ST ST STE 130
SAN JOSE, CA 95112-4024

1030

11-4288/1210 4277
8021269538

11/9/11

ERS

19,129⁰⁰

Nineteen thousand one hundred twenty nine +⁰⁰/₁₀₀

NOT NEGOTIABLE

**WELLS FARGO** Wells Fargo Bank, N.A.
California
wellsfargo.com

Invoice #1315, 1333, +1335 (Partial)

⑈000000 1030⑈ ⑆1210 4288 2⑆ 8021269538⑈