

# Laborers Funds Administrative Office of Northern California, Inc.
220 Campus Lane, Fairfield, CA 94534-1498 • Telephone: (707) 864-2800



October 21, 2013

Bankruptcy Clerks Office
280 South First St Room 3035
San Jose, Ca 95113

Re: H S R General Engineering Contractors Inc
Case Number: 10-58737
Tax Payer ID: 77-0197015
Business License: 574623

To Whom It May Concern:

This letter is to follow-up regarding a notice we received from your office several months ago stating that the above employer would be auctioning off equipment, and that there was a possibility that we may receive some dividends upon completion of the auction.

Please advise our office whether or not this employer has any assets of which could result in our office receiving any payments. We are in the process of closing our file and your immediate response is greatly appreciated.

If you should have any questions regarding this letter please do not hesitate to contact me. I can be reached at (707) 864-2800 at extension 266 or fax to (707) 864-5856.

Sincerely,

Jessica Britt

Collections Analyst
jbritt@norcalaborers.org
Fax: (408) 562-9957


