KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
MOHAMED POONJA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re HSR GENERAL ENGINEERING ) Case No. 10-58737 CN
      CONTRACTORS, INC. ) Chapter 7
       )
      Debtor. )
_____ )

APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

TO: THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT.

The application of Richard Pierotti, Certified Public Accountant respectfully represents:

Applicant is a partnership of certified public accountants, duly authorized to practice in the State of California.

Pursuant to order of the Court, Applicant was employed as accountant for Mohamed Poonja, Trustee, in the above-entitled case. A copy of the court's order is attached.

This application seeks compensation for the period September 10, 2012 through September 26, 2013. Applicant has neither requested nor received any prior compensation nor reimbursement in the case.

1

## REQUEST FOR COMPENSATION

Applicant has spent 17.30 total hours of the time of accountants and associate employees performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages for the 13 month period from September 10, 2012 through September 26, 2013. Applicant spent a total of 0.30 hour in the preparation of this fee application which resulted in related fees of $117.00. These fees reflect 2.39 percent of the total fees requested.

Applicant respectfully submits that the sum of $4,904.00 in fees and $114.78 in expenses constitutes reasonable compensation for his services rendered to the Trustee during this period of time, based on Applicant's generally applicable rates at the time services were rendered. Applicant requests that this sum be authorized for payment in full at this time. A summary of the employment history of applicant's principals and employees rendering service on this case is attached.

Any conference time billed to the estate was not for the training or the educating of Applicant's staff. Applicant represents that any conference time billed to the estate for meetings, discussions, or consultations between one or more professionals was, in Applicant's judgement, the most economic, efficient and effective method of administering its duties. Applicant further represents that it rendered timely, extensive and thorough services in accordance with the requirements of the case to enable prompt administration.

No agreement has been made by any member of Applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons except as among the principals of Applicant. Applicant has not entered into any agreements, written or oral, expressed or implied, with any other party in interest in the above-

2

entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named Debtor.

CERTIFICATION

I, declare as follows:

1. That I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Mohamed Poonja, the Trustee in the above Chapter 7 proceeding.

2. That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of the Firm's billing statements for this case.

3. That the firm has not been paid or promised any compensation from any other source for services rendered in connection with this case.

4. That the firm has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5. That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

6. That this application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

7. That the compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by applicant and generally accepted by the applicant's clients. All non-copy expenses are billed at actual cost. Copies are billed at 20 cents per page.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 26th day of September, 2013, at San Francisco, California.

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

By: /s/ Richard Pierotti
Accountant for Mohamed Poonja, Trustee

4

## DESCRIPTION OF SERVICES

Attached hereto as Exhibit A is a detailed statement of Applicant's accounting services on behalf of the Trustee during the period of this application. The following narrative description is not intended to be all-inclusive, but reflects only the major points of the representation.

Applicant was engaged to render general accounting services to the Trustee with the specific task of helping the Trustee comply with the taxing authorities. To achieve this, Applicant reviewed the bankruptcy schedules, statement of financial affairs and claims register for case orientation and drafted employment documents. The primary assets of the Estate were cash turnover, insurance refunds, proceeds from personal property sales and collection of accounts receivable. Applicant contacted the Franchise Tax Board to obtain tax payment and tax filing information. A lesser billing staff member was instructed in the proper method of tax preparation. The Debtor is a Subchapter C corporation for income tax purposes.

Federal and California corporate income tax returns were prepared for the 2012 and 2013 tax years. The tax returns were reviewed and disclosure notes drafted upon completion. Applicant prepared Applications for Prompt Determination for the income tax returns pursuant to Bankruptcy Code Section 505(b)(2).

5

# DECLARATION

I, Richard Pierotti, declare:

1. I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Mohamed Poonja, the Trustee in the above Chapter 7 proceeding.

2. I have prepared the final application for compensation for Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, and I declare that the information therein is true and correct, and is based upon my personal knowledge of the case.

3. I have sent the Trustee a copy of this Fee Application at least 21 days prior to the hearing.

I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

Executed this 26th day of September, 2013, in the City and County of San Francisco, State of California.

6

## CONCLUSION

WHEREFORE, Applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to Applicant the sum of $4,904.00 in fees and $114.78 in expenses as compensation for services rendered to the Trustee, and for such further and other order as may be just and proper in the premises.

Dated: September 26, 2013

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

By: /s/ Richard Pierotti
Accountant for Mohamed Poonja, Trustee

7

## TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION
(U.S. Trustee Guidelines, paragraph 2.2.2)

I, Mohamed Poonja, Trustee, hereby certify that I have read the foregoing fee application of Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, accountant's for me as Trustee in the foregoing bankruptcy case of HSR General Engineering Contractors, Inc., and I have no objections to that fee application or the fees and costs requested therein.

Dated: September 26, 2013                         /s/ 1072 Mohamed Poonja
                                                  Mohamed Poonja, Trustee

8



1  KOKJER, PIEROTTI, MAIOCCO
    & DUCK LLP
2  CERTIFIED PUBLIC ACCOUNTANTS
    Richard Pierotti #46794
3  333 Pine Street, 5th Floor
    San Francisco, California 94104
4  Telephone: (415) 981-4224
    E-Mail: rpierotti@kpmd.com

**The following constitutes
the order of the court. Signed September 27, 2012**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Accountants for Trustee,
MOHAMED POONJA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re HSR GENERAL ENGINEERING  )  Case No. 10-58737 CN
    CONTRACTORS, INC.  )  Chapter 7
                                      )
            Debtor  )  [Hearing Not Required]
_____)

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

**Kokjer, Pierotti, Maiocco & Duck LLP,
Certified Public Accountants**

Upon the Application of Mohamed Poonja, Trustee in Bankruptcy, and it appearing that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, are well-qualified to perform accounting services required by the Trustee in this Chapter 7 case, that employment of proposed accountants will be in the best interest of the estate, that proposed accountants represent no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the Application; it is

ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, as his accountant herein to prepare and file tax returns; to prepare tax projections and tax analysis, if necessary; to analyze tax claims filed in the case; to analyze the tax impact of potential transactions; to analyze as to avoidance issues, if necessary; to testify as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to prepare wage

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*                                       1

| | |
|---|---|
| 1 | claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general |
| 2 | accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate |
| 3 | at a fee subject to court approval. |
| 4 | IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public |
| 5 | Accountants and professionally licensed principals and employees of the firm be empowered to act, for |
| 6 | and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the |
| 7 | Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, |
| 8 | to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of |
| 9 | the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise |
| 10 | during the administration of the estate. |

**END OF ORDER**

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | ECF Registered Participants |

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT* 3

BANKRUPTCY ESTATE OF HSR GENERAL ENGINEERING CONTRACTORS, INC. 10-58737 CN

Summary of Professionals/Para-Professionals Qualifications Employed By Applicant

**Richard Pierotti, Certified Public Accountant, Certified Insolvency & Restructuring Advisor, Certified in Financial Forensics, Partner**

Employment History

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Partner
   Dates:     January, 1998 to Present

Bailey, Kokjer & Berry
Certified Public Accountants
   Position:   Partner
   Dates:     February, 1987 to December, 1997

Bailey, Kokjer & Berry
Certified Public Accountants
   Position:   Senior Staff Accountant
   Dates:     September, 1984 to January, 1987

**Michael Gin, Certified Public Accountant**

Employment History

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Staff Accountant
   Dates:     January, 2000 to Present

Schrambling & Associates
Certified Public Accountants
   Position:   Staff Accountant
   Dates:     September, 1999 to December, 1999

Chek Tan & Company
Certified Public Accountants
   Position:   Staff Accountant
   Dates:     January, 1997 to August, 1999

**Bruce A. Maddox, Certified Public Accountant**

Employment History

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Senior Manager
   Dates:     August, 2009 to Present

Bruce A. Maddox, CPA
   Position:   Owner
   Dates:     January, 1986 to Present

Herman & Simpson
Certified Public Accountants
   Position:   Tax Associate (per diem work)
   Dates:     January, 1986 to October, 1987

Spicer & Oppenheim
Certified Public Accountants
   Position:   Tax Manager
   Dates:     July, 1980 to December, 1986

Greenstein, Demarta & Rogoff
Certified Public Accountants
   Position:   Tax Senior
   Dates:     July, 1978 to June, 1980

Brooks, Stednitz & Rhodes
Certified Public Accountants
   Position:   Staff Accountant
   Dates:     September, 1976 to June, 1978

**Theodore F. Fadel, Certified Public Accountant**

Employment History

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Staff Accountant

Dates: January, 2010 to Present

Holtz Rubenstein Reminick LLP
Position: Staff Accountant
Dates: October, 2008 to April, 2009

**EXHIBIT A**

**BANKRUPTCY ESTATE OF HSR GENERAL ENGINEERING CONTRACTORS INC. 10-58737 CN**

September 26, 2013  Invoice # 7523

**Professional TIME SUMMARY**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Bruce Maddox | 13.30 | 260.00 | $3,458.00 |
| Michael K. Gin | 0.30 | 190.00 | $57.00 |
| Richard L. Pierotti | 2.60 | 390.00 | $1,014.00 |
| Richard L. Pierotti | 0.90 | 380.00 | $342.00 |
| Theo Fadel | 0.20 | 165.00 | $33.00 |

| | |
|---|---|
| **Total Fees** | $4,904.00 |
| **Total Expenses** | <u>$114.78</u> |
| **GRAND TOTAL** | $5,018.78 |

**BANKRUPTCY ESTATE OF HSR GENERAL ENGINEERING CONTRACTORS INC. 10-58737 CN**

2

September 26, 2013                                                                                     Invoice # 7523

### Professional Fees

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **Bruce Maddox** | | |
| 9/9/2013 | 2 conferences with FTB regarding Debtor's tax filings, tax payments and preparer of last filed return(.40). Schedule Trustee's Form 2 cash receipts and cash disbursements into tax categories(.70) | 1.10<br>260.00/hr | 286.00 |
| 9/12/2013 | Review Chapter 11 operating reports filed by Debtor and start preparation of trial balance as of 12/31/12 | 2.70<br>260.00/hr | 702.00 |
| 9/16/2013 | Make adjustments and complete trial balance work as of 12/31/12 (.70). Start preparation of 2012 Federal and California corporate income tax returns(4.50). | 5.20<br>260.00/hr | 1,352.00 |
| 9/17/2013 | Complete 2012 Federal and California corporate income tax returns | 2.00<br>260.00/hr | 520.00 |
| 9/23/2013 | Preparation of 2013 Federal and California corporate income tax returns | 2.30<br>260.00/hr | 598.00 |
| | Subtotal: | 13.30 | 3,458.00 |
| | **Michael K. Gin** | | |
| 3/6/2013 | Preparation of 2012 Federal corporate income tax extension | 0.30<br>190.00/hr | 57.00 |
| | Subtotal: | 0.30 | 57.00 |
| | **Richard L. Pierotti** | | |
| 9/10/2012 | Review schedules, SOFA and operating reports for case orientation(.50); draft employment documents(.40) | 0.90<br>380.00/hr | 342.00 |
| 3/13/2013 | Review file and Form 2 and respond to Trustee's e-mail regarding FTB tax payment for 2012 | 0.20<br>390.00/hr | 78.00 |

# EXHIBIT A

**BANKRUPTCY ESTATE OF HSR GENERAL ENGINEERING CONTRACTORS INC. 10-58737 CN**

3

September 26, 2013

Invoice # 7523

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/30/2013 | Review electronic and hard copy files for information necessary to complete 2012 tax returns and e-mail to Trustee regarding the same | 0.40<br>390.00/hr | 156.00 |
| 9/6/2013 | Conference with Trustee regarding 2012 tax returns | 0.10<br>390.00/hr | 39.00 |
| 9/19/2013 | Review 2012 Federal and California corporate income tax returns and workpapers; make revisions and draft disclosure notes for the tax returns | 0.80<br>390.00/hr | 312.00 |
| 9/25/2013 | Review 2013 Federal and California corporate income tax returns; draft disclosure notes for tax returns | 0.80<br>390.00/hr | 312.00 |
|  | Preparation of fee application | 0.30<br>390.00/hr | 117.00 |
|  | Subtotal: | 3.50 | 1,356.00 |

Theo Fadel

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/11/2013 | Preparation of 2013 California estimated tax payment and filing instructions | 0.20<br>165.00/hr | 33.00 |
|  | Subtotal: | 0.20 | 33.00 |
|  | **Total Fees:** | **17.30** | **$4,904.00** |

**Additional Costs**

Expenses

| Date | Description | | Amount |
|---|---|---|---|
| 9/26/2013 | Case Expenses (See details following page). | | 114.78 |
|  | Subtotal: | | 114.78 |
|  | **Total expenses:** | | **$114.78** |
|  | **Total amount of this bill:** | | **$5,018.78** |

| DATE | | COPIES | (AT COST) POSTAGE | FEES & OTHER | INITIAL |
|---|---|---|---|---|---|
| | CASE NAME: HSR GENERAL ENGINEERING CONSTRACTORS, INC. 10-58737 CN | | | | |
| 9/13/12 | Mail original "Declaration" to Trustee | | $1.10 | | |
| 9/21/12 | Mail employment documents to Bankruptcy Court & | | $2.60 | | |
| | US Trustee | | | | |
| | **Mailing Tax Returns to Trustee for signatures** | | | | |
| 9/17/13 | 2012 | | $7.57 | | |
| 9/26/13 | 2013 | | $5.04 | | |
| | **Mailing Tax Returns to IRS, FTB & Special Procedures** | | | | |
| 9/25/13 | 2012 | | $28.08 | | |
| 9/9/99 | 2013 | | $26.55 | | |
| 9/9/99 | Mail filed fee application to Bankruptcy Court & | 44 | $2.64 | | |
| | US Trustee | | | | |
| | Copies from Machine Counter | 162 | | | |
| | Total Copies | 206 | | | |
| | x | $0.20 | | | |
| | Sub-Total | $41.20 | $73.58 | | |
| | **SUMMARY** | | | | |
| | Copies | $41.20 | | | |
| | Postage at actual cost | $73.58 | | | |
| | Fees & Other | | | | |
| | **GRAND TOTAL** | $114.78 | | | |

Expenses-Blank

# KOKJER, PIEROTTI, MAIOCCO & DUCK, LLP

| | CERTIFIED PUBLIC ACCOUNTANTS | |
|---|---|---|
| RALPH L. KOKJER, JR. (1912-2009) | 333 PINE STREET, 5TH FLOOR | 838 ESCOBAR STREET |
| RICHARD L. PIEROTTI, JR. | SAN FRANCISCO, CA 94104 | MARTINEZ, CA 94553 |
| FRANK J. MAIOCCO (Ret.) | PHONE (415) 981-4224 | PHONE (925) 228-6040 |
| CHARLES DUCK, JR. | FAX (415) 981-2749 | FAX (925) 228-5515 |

MEMBERS
AMERICAN INSTITUTE
CERTIFIED PUBLIC ACCOUNTANTS

September 26, 2013

Mohamed Poonja, Trustee
Poonja & Company
P.O. Box 1510
Los Altos, CA 94023-1510

Re: HSR General Engineering Contractors, Inc.
Case Number: 10-58737 CN

Dear Mohamed,

Attached please find our Application for Compensation in the HSR General Engineering Contractors, Inc., case. Our fees are $4,904.00 and expenses are $114.78. The application period is September 10, 2012 through September 26, 2013.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you do not have any questions or comments, please sign the Trustee's Statement on page 8 and fax it back to me at 415-981-2749. Thank you for getting us involved in the case.

Sincerely,

/s/ Richard Pierotti

Richard Pierotti
Kokjer, Pierotti, Maiocco & Duck LLP

Enclosure