
Michael A. Isaacs, State Bar No. 99782
Diana D. Herman, State Bar No. 191384
MCKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415.267.4000
Fax No.: 415.356.3889
Email: misaacs@mckennalong.com
dherman@mckennalong.com

The following constitutes
the order of the court. Signed December 9, 2013

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Counsel for MOHAMED POONJA,
Chapter 7 Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC.,<br><br>   Debtor. | Case No. 10-58737 CN<br>Chapter 7<br><br>**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT**<br>**(McKenna Long & Aldridge, LLP)**<br><br>Date: December 5, 2013<br>Time: 2:00 p.m.<br>Place: 280 South First Street, San Jose<br>    Courtroom 3070<br>Court: Hon. Charles Novack |

   The First and Final Application for Compensation and Expense Reimbursement by McKenna Long and Aldridge, Counsel to Chapter 7 Trustee, came on for hearing on December 5, 2013, on notice to creditors. Appearances are noted in the record.

   The Court, having considered the papers and pleadings, the statements on the record, and good cause appearing; it is

   ORDERED as follows:

   1. McKenna Long & Aldridge LLP, counsel to Mohamed Poonja, Chapter 7 Trustee in bankruptcy, is awarded final compensation in the sum of $74,080.50 and expense

reimbursement in the amount of $1,196.60, for a total compensation of $75,277.10 for services rendered to the Trustee for the time period January 25, 2012, through November 11, 2013. ; and

    2.    The Trustee is authorized to disburse the above sums.

**\* END OF ORDER \***

COURT SERVICE LIST

1